```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F99-0002--CR (JKS)
                "USA V SEDRIC O'NEIL WILLIAMS"
                 DEF 1.1 WILLIAMS, SEDRIC O'NEIL

      Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
             Filed: 02/17/99
            Closed: 02/28/00
 No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 11/01/99
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Robert S. Noreen
                    402 7th Avenue
                    Fairbanks, AK 99701
                    907-452-8398
                    FAX 907-452-5593
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephen Cooper
                    U.S. Attorney's Office
                    101 12th Avenue, Box 2
                    Fairbanks, AK 99701
                    907-456-0245
                    FAX 907-456-0577
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



 Counts re: DEF 1.1 WILLIAMS, SEDRIC O'NEIL
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841(a)(1) Possession of Controlled Substance With Intent to Distribute (F) | Terminated |
| 1 -  1 IND | 2 | 18:924(c) Carrying Firearm in Drug Trafficking Crime (F) | Terminated |
| 1 -  1 IND | 3 | 18:922(j) Possession of Stolen Firearm (F) | Terminated |
| 14 -  1 | 1-S | 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE(F) | Dismissed (82-1) |
| 14 -  1 | 2-S | 18:924(l) THEFT OF FIREARM (F) | Sentenced (89-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F99-0002--CR (JKS)
                                "USA V SEDRIC O'NEIL WILLIAMS"
                              DEF 1.1 WILLIAMS, SEDRIC O'NEIL

                    Including terminated defendants, excluding terminated counsel


   14 -   1        3-S     18:924(c) CARRYING FIREARM IN DRUG TRAFFICKING         Dismissed
                           CRIME (F)                                              (82-1)

   14 -   1        4-S     21:841(a)(1) POSSESSION OF CONTROLLED SUBSTANCE        Sentenced
                           WITH INTENT TO DISTRIBUTE (F)                          (89-1)

   14 -   1        5-S     18:924(c) CARRING FIREARM IN DRUG TRAFFICKING          Sentenced
                           CRIME (F)                                              (89-1)

   14 -   1        6-S     21:841(a)(1) POSSESSION OF CONTROLLED SUBSTANCE        Acquitted
                           WITH INTENT TO DISTRIBUTE (F)                          (89-1)

   14 -   1        7-S     18:924(c) CARRYING FIREARM IN DRUG TRAFFICKING         Acquitted
                           CRIME (F)                                              (89-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                                  "USA V SEDRIC O'NEIL WILLIAMS"

                                        For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
             Filed: 02/17/99
            Closed: 02/28/00
 No. of Defendants: 1


 Document #    Filed      Docket text

      1 -  1   02/17/99   [Re: DEF 1] PLF 1 Indictment.

      2 -  1   02/17/99   [Re: DEF 1] JDR Grand Jury Minutes; indt secret; woa to issue;
                          detention.

   NOTE -  1   03/08/99   Notation: USM Notice of arrest; def arrested 3/7/99.

   NOTE -  2   03/09/99   Issued: Notice of Speedy Trial Act Ddlns.

      3 -  1   03/09/99   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of i/a/arr on
                          Indt (held 3/8/99); FPD appt; def plead not guilty; def detained; det
                          hrg set 3/12/99 10:00 a.m., before MJ Fenton at Fbks, AK.  cc: FPD (CJA
                          Clerk)

      4 -  1   03/09/99   [Re: DEF 1] Financial Affidavit.

      5 -  1   03/09/99   [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 10:00
                          a.m., 3/12/99 before MJ Fenton.  cc: USA, FPD, USM, PO

      6 -  1   03/09/99   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 3/29/99.
                          cc: USA, FPD

      7 -  1   03/10/99   [Re: DEF 1] TEF Minute Order detention hrg vacated from 10:00 AM and
                          reset for 2:00 PM 3-12-99. cc;csl/FPO/USMS/JKS chamber file

      8 -  1   03/10/99   [Re: DEF 1] Return of WOA exected 3-7-99.

      9 -  1   03/10/99   DEF 1 Attorney Appearance by Robert Noreen, CJA csl and request for
                          discovery.

     10 -  1   03/10/99   [Re: DEF 1] JKS Minute Order setting trial by jury for 4/7/99 at 9:00
                          a.m. in Fairbanks, AK and Final PT Conf for 4/1/99 at 10:00 a.m. in
                          Anchorage, AK. cc: USA, R. Noren, USM, USPO, MJ Fenton, Fairbanks Jury
                          Clerk, ECR

     11 -  1   03/15/99   [Re: DEF 1] TEF Court Minutes [ECR: Kim Urr] from det hrg held 3-12-99:
                          Def ordered detained, csl has no conflict, cc:csl/FPO/USMS

    11A-  1   03/15/99    [Re: DEF 1] PLF 1 Notice to the court of discovery conference held
                          3-15-99.

     12 -  1   03/16/99   [Re: DEF 1] TEF Order of Detention Pending Trial. cc:csl/FPO/USMS

     13 -  1   03/16/99   [Re: DEF 1] TEF Minute Order: Def to not be transported from FCC without
                          24 hr notice to Noreen. cc:csl/FPO/USMS

     14 -  1   03/17/99   PLF 1 Superseding Indictment.

     15 -  1   03/18/99   [Re: DEF 1] TEF Minute Order setting arr on superseding indictment for
                          3-25-99 at 9:00 AM. cc:csl/FPO/USMS

 ACRS: R_RDSDX             As of 12/20/05 at 3:24 PM by GARRY                         Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                                  "USA V SEDRIC O'NEIL WILLIAMS"

                                       For all filing dates

Document #    Filed       Docket text
_____    _____    _____

  16 -  1    03/18/99    DEF 1 CJA appointment of B. Noreen.

  16A-  1    03/25/99    [Re: DEF 1] PLF 1 Notice of response to request for discovery.

  17 -  1    03/25/99    PLF 1; DEF 1 Stipulation to continue trial to after 06/01/99.

NOTE -  3    03/29/99    Issued: Notice of non-compliance w copy of Criminal rule 5.

  18 -  1    03/29/99    [Re: DEF 1] TEF Court Minutes [ECR: Kim Urr] from arr on superseding
                         indictment held 3-25-99. cc: csl/FPO/USMS/Judge Singleton

  19 -  1    03/30/99    [Re: DEF 1] JKS Minute Order re hrg re stip for cont of trial set for
                         4/1/99 at 10:00 a.m. in crt rm #3. cc: USA, R. Noreen, USM, USPO, MJ
                         Fenton

  20 -  1    04/01/99    [Re: DEF 1] JKS Court Minutes [ECR: Patty Demeter] of hrg re: stip to
                         cont trial date (held 4/1/99); stip GRANTED; TBJ set 4/7/99 is vacated
                         and reset to 9:00 a.m., 6/29/99 at Fbks, AK; crt found excludable delay
                         under 18:3161(h)(8)(B)(iv); FPTC set 8:30 a.m., 6/22/99 at Anch., AK.
                         cc: USA, R. Noreen, USM, PO, JC, ECR, Div Deputy, Finance, MJ Fenton

  21 -  1    04/15/99    DEF 1 motion for bail hearing.

  22 -  1    05/06/99    [Re: DEF 1] PLF 1 motion to reset motions deadline.

  23 -  1    05/11/99    [Re: DEF 1] PLF 1 Notice of intent to offer defendant's confessions or
                         admissions.

  24 -  1    05/24/99    [Re: DEF 1] TEF Minute Order granting motion to reset motions deadline
                         to 5/28/99. (22-1)cc:csl/FPO/USMS

  25 -  1    05/28/99    [Re: DEF 1] TEF Minute Order granting motion for bail hearing (21-1).
                         Bail hearing is set for 06/04/99 at 1:45 PM. cc:csl/FPO/USMS

  26 -  1    06/03/99    PLF 1; DEF 1 Unopposed Motion to continue detention hrg set for 6/4/99
                         till after 6/9/99 w/att aff.

  26 -  2    06/03/99    PLF 1; DEF 1  Unopposed Motion for shortened time re: continuing
                         detention hrg w/att aff.

  27 -  1    06/03/99    [Re: DEF 1] TEF Minute Order GRANTING unopposed mtn to continue bail
                         review hearing. Hearing set 6/04/99 is vacated, and rescheduled for
                         Friday, June 11, 1999 at 2:00 PM. cc;csl/Tel notice/Judge Singleton

  28 -  1    06/14/99    [Re: DEF 1] TEF Court Minutes [ECR: Kim Urr] from Bail Review Hrg held
                         06/11/99: Def release denied, parties instructed re mtn to continue
                         trial. cc:csl/FPO/USMS

  29 -  1    06/16/99    DEF 1 motion to accept late filed motion to suppress w affidavit in
                         support.

  30 -  1    06/16/99    DEF 1 motion to continue trial date w affidavit in support.

  31 -  1    06/16/99    DEF 1 motion for expedited consideration of mtn to continue trial w
                         affidavit in support.

  31 -  2    06/16/99    DEF 1 motion for expedited consideration of motion to accept late filed
                         mtn to suppress w affidavit in support.

ACRS: R_RDSDX                    As of 12/20/05 at 3:24 PM by GARRY                      Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                              "USA V SEDRIC O'NEIL WILLIAMS"
```

|                    |              |
| ------------------ | ------------ |
| For all filing dates |            |

| Document # | Filed    | Docket text |
| ---------- | -------- | ----------- |
| 32 - 1     | 06/17/99 | [Re: DEF 1] TEF Minute Order: Motion to accept late-filed mtn to suppress is denied w/o prejudice. In the event the trial is continued, the def may renew his mtn. cc:csl/FPO/USMS |
| 33 - 1     | 06/17/99 | [Re: DEF 1] JKS Minute Order granting motion for expedited consideration of mot to continue trial (31-1); Hrg re: the mot to continue trial set for Tuesday, 06/22/99 at 8:30 a.m. in Crt room 3. cc: USA, R. Noreen, USM, PO, MJ Fenton, Fairbanks Clk |
| 34 - 1     | 06/18/99 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to continue trial date w affidavit in support. (30-1) |
| 35 - 1     | 06/23/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re Hrg re motion to cont trial dat/FPTC (hld 6/22/99); granting motion to continue trial date (30-1); TBJ set for 6/29/99 is VACATED abd RESET for 8/23/99; crt found excludable delay under 18:3161(h)(1)(F); Def shall file an amended mot to suppress due 6/30/99; respsone due 7/9/99; FPTC set for 8/10/99 at 8:30 a.m.; proposed voir dire & proposed jury instructions due 8/9/99. cc: USA, R. Noreen, USM, USPO, MJ Fenton, Fairbanks JC, ECR. |
| 36 - 1     | 06/30/99 | DEF 1 motion to suppress. |
| 37 - 1     | 07/01/99 | DEF 1 Supplement re: DEF 1 motion to suppress. (36-1) |
| 38 - 1     | 07/06/99 | [Re: DEF 1] TEF Minute Order setting evidentiary hearing for 9:00 07/08/99. cc:csl/FPO/USMS |
| 39 - 1     | 07/07/99 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress. (36-1) |
| 40 - 1     | 07/08/99 | [Re: DEF 1] TEF Court Minutes [ECR: Kim Urr] from Evidentiary hrg held 07/08/99: Supp due 07/09/99 for Pltf and 07/14/99 for def. USA to file transcript request. cc:csl/FPO/USMS |
| 41 - 1     | 07/09/99 | [Re: DEF 1] PLF 1 Supplemental oppo re: DEF 1 motion to suppress. (36-1) |
| 42 - 1     | 07/14/99 | DEF 1 Supplemental reply re: DEF 1 motion to suppress. (36-1) |
| 43 - 1     | 07/19/99 | Initial R&R re: DEF 1 motion to suppress. (36-1). Objections due 07/29/99. Reply due 08/05/99. cc:csl/FPO/USMS/Judge Signleton |
| 44 - 1     | 07/26/99 | [Re: DEF 1] Transcript of evid hrg on def's mot to suppress held 07/08/99. |
| 45 - 1     | 07/28/99 | DEF 1 objection to R&R re: DEF 1 motion to suppress. (36-1) |
| 46 - 1     | 08/04/99 | DEF 1 motion to continue trial date or in the alternative to withdraw w affidavit in support. |
| 47 - 1     | 08/05/99 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to continue trial date or in the alternative to withdraw w affidavit in support. (46-1) |
| 48 - 1     | 08/05/99 | [Re: DEF 1] JKS Minute Order that a hrg on mot to continue trial [#46] is set for 8/6/99 at 9am at Anchorage, Ak. Cnsl & def shall participate telephonically from Fairbanks, Ak. crtrm. cc: USA, Noreen, USM, PO, Fbks Clk |
| 49 - 1     | 08/06/99 | [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] of hrg re: mot to continue trial held 08/06/99: Crt granted motion to continue trial date |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                                "USA V SEDRIC O'NEIL WILLIAMS"

                                      For all filing dates

Document #   Filed       Docket text

                         or in the alternative to withdraw (46-1); TBJ set for 08/23/99 & FPTC
                         set for 08/10/99 vacated.  TBJ reset 11/01/99 at 9:30 a.m. & FPTC reset
                         for 11/01/99 at 9:00 a.m.  Crt directed parties to file proposed jury
                         instructions, trial briefs & voir dire by 10/29/99.  cc: USA, R. Noreen,
                         USM, PO, MJ Fenton, ECRs, Fairbanks clk

  50 -  1    08/06/99    [STRICKEN per dkt 51] [Re: DEF 1] PLF 1 reply to objection to R&R re:
                         DEF 1 motion to suppress. (36-1)

  51 -  1    08/11/99    [Re: DEF 1] TEF Minute Order striking reply to objection filed at docket
                         50. cc:csl/FPO/USM

  52 -  1    08/11/99    Final R&R re: DEF 1 motion to suppress. (36-1) Magistrate Judge
                         continues to recommend that petition be denied. cc:csl/USPO/USM/Judge
                         Singleton

  53 -  1    08/24/99    [Re: DEF 1] JKS Order denying motion to suppress (36-1).  cc: USA, R.
                         Noreen, MJ Fenton

  54 -  1    08/27/99    DEF 1 motion (ex parte) (request) for bail hearing.

  55 -  1    08/31/99    [Re: DEF 1] TEF Minute Order granting motion (request) for bail hearing.
                         Hrg set for 09/10/99 at 2:30 PM. (54-1) cc:cnsl/PO/USM

  56 -  1    09/03/99    [Re: DEF 1] Minute Order vacating detention hrg set for 09/10/99.
                         cc:cnsl/PO/USM

  57 -  1    09/03/99    DEF 1 Notice to the court of cancellation of bail hearing set for
                         09/10/99.

  58 -  1    09/29/99    [Re: DEF 1] PLF 1 Proposed Jury Instructions.

  59 -  1    10/21/99    [Re: DEF 1] PLF 1 motion to continue from 11/01/99 until 11/08/99.

  59 -  2    10/21/99    [Re: DEF 1] PLF 1 motion for shortened time re: 59-1.

  60 -  1    10/21/99    [Re: DEF 1] JKS Minute Order re: hrg re mot to continue trial is set
                         10/25/99 at 10:30 a.m. at Fairbanks; granting motion for shortened time
                         (59-2). cc: S. Cooper, D. Cooper, R. Noreen, USM, USPO

  61 -  1    10/29/99    [Re: DEF 1] JKS Court Minutes [ECR: Pam Wertz] from motion to continue
                         trial hrg held 10/25/99: Jury selection 11/01/99 and opening statement
                         to begin 11/09/99. cc:cnsl/PO/USM

  62 -  1    11/04/99    [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re TBJ Day 1 (held
                         11/1/99); court to reconvene on 11/9/99 at 9:00 a.m. w/atch jury panel
                         record.

  63 -  1    11/05/99    [Re: DEF 1] PLF 1 motion in limine re: prosecution witness w/proposed
                         order.

  64 -  1    11/08/99    [Re: DEF 1] PLF 1 motion for clarification and protective order.

  65 -  1    11/09/99    [Re: DEF 1] PLF 1 motion for additional order in Limine.

  66 -  1    11/09/99    {SEALED}

  67 -  1    11/09/99    {SEALED}

ACRS: R_RDSDX                   As of 12/20/05 at 3:24 PM by GARRY                        Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                              "USA V SEDRIC O'NEIL WILLIAMS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 67 - 2 | 11/09/99 | {SEALED} |
| 67 - 3 | 11/09/99 | {SEALED} |
| 68 - 1 | 11/09/99 | {SEALED} |
| 69 - 1 | 11/09/99 | [Re: DEF 1] JKS Minute Order re 2nd day of TBJ set for 11/9/99 at 8:30 a.m. at Fairbanks, AK. cc: USA, R. Noreen, USM, USPO, MJ Fenton, ECR, Ida, Fairbanks JC, Finance. |
| 70 - 1 | 11/09/99 | [Re: DEF 1] PLF 1 motion to compel testimony of Courtney A. Woods |
| 71 - 1 | 11/09/99 | [Re: DEF 1] JKS Order granting motion to compel testimony of Courtney A. Woods (70-1).   cc: S. Cooper, R. Noreen, J. Salemi, USM, USPO |
| 72 - 1 | 11/09/99 | {SEALED} |
| 73 - 1 | 11/10/99 | DEF 1 Requested Special Jury Instruction. |
| 74 - 1 | 11/12/99 | [Re: DEF 1] PLF 1 Notice of possible need to re-open prosecution evidence. |
| 75 - 1 | 11/18/99 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] from Trial by Jury day 2. |
| 76 - 1 | 11/18/99 | {SEALED} |
| 77 - 1 | 11/18/99 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] from Trial by Jury day 3 with newspaper article attached. cc:cnsl/PO/USM |
| 78 - 1 | 11/18/99 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] from Trial by Jury day 4. cc:cnsl/PO/USM |
| 79 - 1 | 11/18/99 | [Re: DEF 1] JKS Court Minutes [ECR: Pam Wertz] from Trial by Jury day 7: Verdict published, Guilty Counts 2,4,5 and Not Guilty counts 6 and 7. IOS set for 01/28/00 at 9:00 AM. Jury instructions, exhibit list, witness list, verdict and jury notes attached cc:cnsl/PO/USM |
| 80 - 1 | 11/22/99 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re TBJ day 5 (held 11/15/99); crt to reconvene 11/16/99 at 9:00 a.m. |
| 81 - 1 | 11/22/99 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re TBJ day 6 (held 11/16/99); crt excused jury to deliberate. |
| 82 - 1 | 12/01/99 | [Re: DEF 1] JKS Judgment of Discharge dismissed Cts 1 and 3 of SIndt (14-1).  cc: USA, R. Noreen, USM, PO, MJ Fenton, Def (by cnsl) |
| 83 - 1 | 12/02/99 | [Re: DEF 1] Transcript of TBJ day 3 held 12/02/99. |
| 84 - 1 | 12/03/99 | {SEALED} |
| 85 - 1 | 01/21/00 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 86 - 1 | 01/27/00 | [Re: DEF 1] JKS Minute Order grant stip to reset IOS.  IOS set for 1/28/00 RESET for 3/10/00 at 8:30 a.m. at Fairbanks, AK. cc: USA, R. Noreen, USM, USPO, MJ Fenton |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                            "USA V SEDRIC O'NEIL WILLIAMS"

                                 For all filing dates


 Document #    Filed      Docket text

    87 -   1   02/17/00   [Re: DEF 1] JKS Minute Order that IOS previously set for 3/10/00 is
                          vacated and reset for 2/24/00 at 8:30 am in Fairbanks. cc: USA, R.
                          Noreen, USM, PO, Fbks clerk, MJ Fenton

    88 -   1   02/23/00   DEF 1 Sentencing Memorandum.

    89 -   1   02/28/00   [Re: DEF 1] JKS Judgment - def found not guilty on count(s) 6S,7S of
                          document (14-1); def found guilty on count(s) 2S,4S,5S of document
                          (14-1) & committed to BOP custody for 164 months; term consists of 104
                          months on count 2 & term of 104 months on Count 4 to be served
                          concurrently & a term of 60 months on count 5, to be served
                          consecutiveily to counts 2 & 4.  Def to serve 60 months SR & pay $300
                          SA.  cc: USA, R. Noreen, S. Williams w/cnsl cy, USM, PO, Finance, FLU,
                          MJ Fenton

    89A-   1   02/28/00   DEF 1 appeal to 9CCA of Conviction (89-1) filed 02/28/00. cc:cnsl,
                          Judge, 9CCA/USM/PO

    90 -   1   02/29/00   [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] of IOS held
                          02/23/00: def imprisoned for 164 months; term consists of 104 months on
                          count 2 & term of 104 months on count 4 to be served concurrently & term
                          of 60 months on Count 5 to be served consecutively to counts 2 & 4.  Def
                          to serve 5 yrs SR; term consists of term 5 yrs on count 5 & 3 yrs on
                          counts 2 & 4, all such terms to run concurrently.  Def to pay $300 SA.
                          Def remanded to USM custody.

    91 -   1   03/01/00   [Re: DEF 1] JKS Amended Court Minutes [ECR: Roy Van Hollebeke] of IOS
                          held 02/03/00: Def imprisoned for 164 months; term consists of 104
                          months on count 2 & 104 on count 4 to be served concurrently & term of
                          60 months on count 5 to be served consecutively to counts 2 & 4.  Def to
                          serve 5 yrs SR; term consists of 3 yrs on counts 2 & 4 & 5 yrs on count
                          5 - terms to run concurrently.  Def to pay $300 SA.  Joint request to
                          delete stated lines of PSR & strike 1st & 2nd line of 34 granted. cc:
                          USA, R. Noreen, USPO

    92 -   1   03/03/00   [Re: DEF 1] Cy 9CCA Time Schedule Order. (89A-1) cc:cnsl/9CCA/Judge
                          Singleton

    92A-   1   03/31/00   DEF 1 Transcript Designation/Order Form designating suppression hrg and
                          trial testimony as record on appeal. cc: ECR's, 9CCA

    93 -   1   04/05/00   [Re: DEF 1] Partial Transcript of IOS held 02/24/00.

   NOTE-   4   04/13/00   Notation: transcript order rec'd, completed by deputy.  CJA 24 forwarded
                          to Judge Singleton for authorization.

    94 -   1   05/01/00   Return of service of judgment executed by wardan, FCC Beaumont on
                          04/25/00.

    95 -   1   05/15/00   DEF 1 motion (ex parte) for extraordinary compensation.

    96 -   1   05/24/00   [Re: DEF 1] JKS Minute Order granting motion for extraordinary
                          compensation (95-1). cc: USA/Noreen/USA/PO/MJ Fenton

    97 -   1   07/07/00   (DEF 1) Transcript on def's mot to suppress held 7/8/99.


ACRS: R_RDSDX                 As of 12/20/05 at 3:24 PM by GARRY                        Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                         "USA V SEDRIC O'NEIL WILLIAMS"

                                For all filing dates


Document #    Filed      Docket text

   98 -   1   07/07/00   [Re: DEF 1] Transcript of TBJ 2nd Day.

   99 -   1   07/07/00   [Re: DEF 1] Transcript of TBJ 3rd Day.

  100 -   1   07/07/00   [Re: DEF 1] Transcript of TBJ 4th day.

  101 -   1   07/07/00   [Re: DEF 1] Transcript of TBJ 5th day.

  102 -   1   07/07/00   [Re: DEF 1] Transcript of TBJ 6th day.

  103 -   1   06/15/01   [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (89A-1) that
                         the district court's decision is reversed. cc: Cooper, Noreen, Judge
                         Singleton, PO,USM, MJ Fenton

  104 -   1   06/27/01   DEF 1 motion for sentence review hearing w att waiver of appearance of
                         def.

  105 -   1   06/28/01   [Re: DEF 1] JKS Minute Order re: status conf is set 7/6/01 at 11:00 a.m.
                         Courtroom #3.  cc: S. Cooper, R. Noreen, USM, USPO

  106 -   1   07/09/01   [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] re: status conf held
                         7/6/01; gov't updated sent memo due 7/20/01, def's updated sent memo due
                         8/17/01, updated PSR due 8/17/01.  Resentencing Hearing set in Fairbanks
                         on 09/28/01 at 9:00 am.  USM to transport def to Fbks 3 to 4 days prior
                         to resentencing. Granting motion for sentence review hearing (104-1).
                         cc: S. Cooper, R. Noreen, USM, USPO, MJ Fenton

  107 -   1   07/09/01   [Re: DEF 1] JKS Minute Order VACATING resentencing hearing prev set
                         9/28/01 and RESET Friday, 10/12/01 at 9:00 am in Fairbanks, AK. cc: S.
                         Cooper, R. Noreen, USM, USPO

  108 -   1   07/10/01   DEF 1 Unopposed motion to reschedule sentence review hearing w/proposed
                         order.

  109 -   1   07/23/01   [Re: DEF 1] PLF 1 Unopposed motion to extend time for plaintiff's
                         updated sentencing statement to 08/03/01.

  109 -   2   07/24/01   [Re: DEF 1] JKS Order granting unoppo mot to extend time for plf's
                         updated sentencing memo (109-1); plf's updated sentencing statement due
                         8/3/01; def cnsl has 4 weeks to respond. cc: USA, R. Noreen, USPO

  110 -   1   07/24/01   [Re: DEF 1] JKS Order granting unoppo mot to reschedule sentence review
                         hearing (108-1); IOS is reset for 9/18/01 at 9:00 a.m. at Fairbanks. cc:
                         USA, R. Noreen, USM, USPO, ECR, Divisional Deputy

  111 -   1   08/03/01   [Re: DEF 1] PLF 1 Response to Order: First updated post-appeal
                         sentencing statement.

  112 -   1   08/17/01   DEF 1 Unopposed motion to contintue date for defendant's sentencing
                         memorandum.

  113 -   1   08/20/01   [Re: DEF 1] Partial Transcript re: IOS held 2/24/00.

  112 -   2   08/28/01   [Re: DEF 1] JKS Order granting motion Unopposed motion to contintue date
                         for defendant's sentencing memo (112-1).  cc: USA, R. Noreen


ACRS: R_RDSDX               As of 12/20/05 at 3:24 PM by GARRY                       Page 7
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
"USA V SEDRIC O'NEIL WILLIAMS"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 114 - | 1 | 09/14/01 | [Re: DEF 1] JKS Minute Order re: re-sentencing set 9/18/01 is VACATED and RESET for 9/24/01 at 1:30 p.m. in Fairbanks, Ak.  cc: S. Cooper, R. Noreen, USM, USPO |
| 115 - | 1 | 09/25/01 | [Re: DEF 1] JKS Court Minutes [ECR: Pam Wertz] re: resentencing held 9/24/01, defense counsel requested continuance.  Court granted continance until 12/3/01 at 9:00 a.m. in Fairbanks, defense counsel to provide updated sentencing memo no later than 11/26/01. cc:USA,USM,FPO,R.Noreen. |
| 116 - | 1 | 10/01/01 | [Re: DEF 1] PLF 1 Notice of production of Woods statements. |
| 117 - | 1 | 11/02/01 | Return of executed trial subpoenas. |
| 118 - | 1 | 11/26/01 | DEF 1 Post Appeal Sentencing Statement |
| 118 - | 2 | 11/26/01 | DEF 1 motion for new trial on count 2. |
| 119 - | 1 | 12/04/01 | [Re: DEF 1] JKS Court Minutes [ECR: Pam Wertz] re: resentencing held 12/3/01, crt continued hrg until 1/14/02 at 9:00 a.m. in Fairbanks, defense witness list due 1/4/02, plf witness list due 1/9/01, crt directed clk to prepare transcript of 12/3/01 hrg and provide parties with transcript.  cc:USA,USM,FPO,R.Noreen. |
| 120 - | 1 | 12/04/01 | [Re: DEF 1] PLF 1 Notice of producing documents. |
| 120A- | 1 | 01/07/02 | DEF 1 Witness List re: sentencing hearing. |
| 121 - | 1 | 01/08/02 | [Re: DEF 1] Transcript of resentencing held 12/3/01. |
| 122 - | 1 | 01/09/02 | PLF 1; DEF 1 Joint status report regarding sentencing of 1/14/02. |
| 123 - | 1 | 01/09/02 | [Re: DEF 1] PLF 1 Witness List for continued sentencing. |
| 124 - | 1 | 01/22/02 | [Re: DEF 1] JKS Court Minutes [ECR: Pam Wertz] re: Re-sentencing on ct 2 held 01/14/02, def sentenced to 87 months w/credit for time served, special conditions. Special Assessment $100.00. cc:USA,USM,FPO,R.Noreen. |
| 125 - | 1 | 01/22/02 | DEF 1 appeal to 9CCA of (126-1) filed 01/25/02. cc:cnsl, Judge, 9CCA 02-30034. |
| 126 - | 1 | 01/25/02 | [Re: DEF 1] JKS Judgment (Amended) Def found guilty on count 2 of the Indictment; Imprisonment 87 months; SR 5 years w/special conditions; SA $100.00.  cc: S. Cooper, R. Noreen, USM, USPO, MJ FLU, Def w/cnsl cy |
| 127 - | 1 | 01/25/02 | [Re: DEF 1] JKS Minute Order denying motion for new trial on count 2 (118-2) .  cc: S. Cooper, R. Noreen, USM, USPO |
| NOTE - | 5 | 01/31/02 | Notation: Transcript designation, transcript order form, CADS statement form, Information for appeals given to Robert Noreen. |
| NOTE - | 6 | 02/06/02 | Transmittal: Forwarded notice of appeal (125-1) to 9CCA. |
| 128 - | 1 | 02/06/02 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (125-1) cc:cnsl, ECR (orig to 9CCA) |

ACRS: R_RDSDX            As of 12/20/05 at 3:24 PM by GARRY                Page 8

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F99-0002--CR (JKS)
                              "USA V SEDRIC O'NEIL WILLIAMS"

                                   For all filing dates


Document #     Filed       Docket text

  129 -  1    02/19/02    [Re: DEF 1] JKS Judgment (Amended).  Def found guilty on count 2 of the
                          Indictment; Imprisonment 87 months with credit for time served; SR 3
                          years w/special conditions; SA $100.00.  cc: S. Cooper, R. Noreen,
                          Fairbanks MJ, USM, USPO, FLU, Def w/cnsl cy

  130 -  1    03/18/02    DEF 1 Transcript Designation.

  131 -  1    04/08/02    USM Return of judgment executed on 4/2/02 to FCI Medium, Beaumont, TX.

  132 -  1    04/16/02    DEF 1 CJA appointment of Robert S. Noreen.

  133 -  1    04/30/02    {SEALED}

  133 -  2    05/06/02    {SEALED}

  134 -  1    05/06/02    [Re: DEF 1] Transcript re: Cont re-sentencing held 1/14/02.

  135 -  1    05/09/02    [Re: DEF 1] cy 9CCA Certificate of Record.  Transcript of re-sentencing
                          held 01/14/02 filed at dkt 134. (125-1) cc: cnsl

  136 -  1    02/18/03    [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (89A-1),
                          (125-1) that the district court's decision is AFFIRMED.  cc: Cooper,
                          Noreen, FPO, USM
```