PROB 12C
(7/93)



# United States District Court
## for the
## District of Alaska

Petition for Warrant or Summons for Offender Under Supervised Release

FILED
DEC 15 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| | |
|---|---|
| Name of Offender: Sedric O'neal Williams | Case Number: F99-0002CR (JKS) |

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   January 14, 2002

Original Offense:   Theft of a Firearm

Original Sentence:   87 months imprisonment with 3 years supervised release to follow.

Date Supervision Commenced:   October 11, 2005

Asst. U.S. Attorney: Stephen Cooper         Defense Attorney: R. Noreen

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on or about October, 11, 2005, October 17, 2005, December 7, 2005 and December 15, 2005, the defendant field tested positive for the use of drugs, marijuana and ectasy. This violation is a Grade C violation. |
| 2 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about October 11, 2005, the defendant signed an admission form to the use of marijuana. This violation is a Grade C violation. |
| 3 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about October 17, 2005, the defendant signed an admission form to the use of marijuana. This violation is a Grade C violation. |

137

Case 4:99-cr-00002-JKS    Document 137    Filed 12/15/2005    Page 2 of 4



Petition for Warrant or Summons
Name of Offender        :   ▋ic O'neal Williams
Case Number             :   F99-0002CR (JKS)

    4        The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about December 7, 2005, the defendant signed an admission form to the use of marijuana and ecstasy. This violation is a Grade C violation.

    5        The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about December 15, 2005, the defendant submitted to a urine test, which field tested positive for marijuana and ecstasy. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]  The conditions of supervised release should be modified as follows:

Respectfully submitted,

*Beth A. Mader* (signature)
Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: December 15, 2005

Approved by:

*Eric D. Odegard* (signature)
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X]  *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The*

-2-

Petition for Warrant or Summons
Name of Offender         :    ic O'neal Williams
Case Number              :    F99-0002CR (JKS)

petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]    Other:

_____
James K. Singleton
Senior U.S. District Court Judge

12/15/05
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

F99-0002--CR (JKS)          MAGISTRATE JUDGE ~~ROBERTS~~ Hall
                            def w/USM cy
S. COOPER (USA)
US MARSHAL                  am 12-15-05
US PROBATION

# United States District Court
### for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case Number: F99-0002CR (JKS) |
| vs. | ) ) ) | DECLARATION IN SUPPORT OF PETITION |
| Sedric O'neal Williams | ) ) ) |  |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Sedric O'neal Williams, and in that capacity declare as follows:

The defendant was sentenced to a term of imprisonment for 87 months with three years supervised release to follow. The defendant was released from custody on October 7, 2005 and met with U.S. Probation Officer Mader on October 11, 2005 at which time the defendant tested positive for the use of marijuana and at which time he signed an admission form to the use of marijuana.

On October 17, 2005, the defendant reported to the U.S. Probation Office at which time he provided a urine sample which field tested positive for marijuana and ecstacy. The defendant signed an admission form to the use of marijuana. On this same date the defendant was provided an initial assessment treatment date with Salvation Army Clitheroe Center on October 18, 2005.

On October 26, 2005, the defendant reported to the U.S. Probation Office and turned in his monthly supervision report. At this time the defendant was instructed by officer Mader to remain drug free and to complete and comply with his treatment requirements.

On November 16, 2005, the defendant reported to the U.S. Probation Office for a urine test which field tested positive for marijuana. The defendant stated to Supervising U.S. Probation Officer Odegard the he had used yesterday (November 15, 2005).

On December 8, 2005, the defendant reported to the U.S. Probation Office for a urine test which field tested positive for marijuana and ecstacy. On this same date the defendant signed an admission form to the use of marijuana and ecstacy on December 7, 2005.

On December 15, 2005, the defendant reported to the U.S. Probation Office for a urine test which field tested positive for marijuana and ecstacy.

Executed this 15th day of December, 2005, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Beth Mader
U.S. Probation Officer