● ●

FILED

DEC 1 6 2005

UNITED STATES DISTRICT COURT
BY _____ DISTRICT OF ALASKA
Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _SEDRIC O.NEIL WILLIAMS_ CASE NO. _F99-0002-CR (JKS)_
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____TODD MIKELOP_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY, APPOINTED FOR MJ HADEN_

U.S.P.O.: _____BETH MADER_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
            RELEASE HELD 12/15/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:38 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties

_X_ Defendant stated true name: _____Same as above._____

_X_ Financial Affidavit **FILED**. Federal Public Defender accepted
appointment; FPD notified.

_X_ Defendant DENIED Allegations_1, 2, 3, 4, & 5 of the Petition_
_to Revoke Supervised Release._

_X_ Consent to be filed with the Clerk's Office by close of
business **Friday, December 16, 2005** or case shall be transferred
to a U.S. District Judge.

_X_ Defendant detained; Order of Detention Pending Trial **FILED**.

At 4:50 p.m. court adjourned.

DATE: _December 16, 2005_   DEPUTY CLERK'S INITIALS: _____Ce_

F99-0002--CR (JKS)        US PROBATION ✓        12-16-05 CE
----------------------    JUDGE SINGLETON ✓
M. HADEN (FPD) ✓
S. COOPER (USA) ✓
US MARSHAL ✓

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
By ____ DISTRICT OF ALASKA
Deputy

✎ AO 472 (Rev. 3/86) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
### District of Alaska ____

UNITED STATES OF AMERICA

**v.**

Sedric O'neil Williams

*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: F99- 0002-CR (JKS)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed    that is
    ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
    ☐ an offense for which the maximum sentence is life imprisonment or death.
    ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in ____
    ____.*
    ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
    ☐ for which a maximum term of imprisonment of ten years or more is prescribed in ____.
    ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☐ (1) There is a serious risk that the defendant will not appear.
☑ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.
    Burden is on def to show entitlement to release.
    Nature of drug case over + data indicates def is a danger to community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence that ____

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

12-15-05
Date

_Signature of Judicial Officer_

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
*Name and Title of Judicial Officer*

F99-0002--CR (JKS)

US PROBATION ✓    12/16/05 CE

led Substances Import and Export Act (21 U.S.C. § 951

M. HADEN (PPD) ✓
S. COOPER (USA) ✓
US MARSHAL ✓