FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 4: 13

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. F99-0002 CR (JKS) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO CONSENT TO PROCEEDINGS BEFORE THE MAGISTRATE JUDGE** |
| SEDRIC O'NEAL WILLIAMS, | |
| Defendant. | |

Sedric O'Neal Williams intends to consent to proceedings before the Magistrate Judge in connection with the petition to revoke supervised release at Docket No. 137.

Dated at Anchorage, Alaska this 19th day of December 2005.

Respectfully submitted,

KEVIN F. McCOY
Assistant Federal Defender

141

Certification:
I certify that on December 19, 2005,
I faxed and mailed a copy of this document to:

Stephen Cooper
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Beth Mader
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

Karolyn Miller