# United States District Court
for the
# DISTRICT OF ALASKA

FILED
DEC 19 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Sedric O'Neal Williams ) | Case Number: F99-0002CR (JKS) <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sedric O'Neal Williams and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

_____
James K. Singleton
Senior U.S. District Court Judge

12/15/05
Date

RECEIVED
2005 DEC 15 AM 10:28
U.S. MARSHALS SERVICE
ALASKA

---

**RETURN OF SERVICE**

This warrant was received and executed with the arrest of the above-named defendant at:

OFFICE OF PRETRIAL / PROBATION
FED COURTHOUSE, ANCHORAGE

| Date Received: 12/15/2005 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 12/15/2005 | DUSM KEVIN GUINN | [signature] |

142