IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Sedric Oneil Williams_

CASE NO: _4:99-CR-00002-JKS_

---

Defendant _Sedric O'neil Williams_

has this date met the bail conditions indicated below and is ordered discharged from custody.

_✓_ Released to _TO Pretrial Services_ _Probation Officer_ , ~~the third party custodian(s).~~

____Paid cash bail in the amount of _____ to the Clerk of Court.

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____Surrendered passport to the Clerk of Court.

____Other:_____

Dated at _Anchorage_, Alaska this _8Th_ day of _February_, 20_06_

REDACTED SIGNATURE

U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal