UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

SEDRIC O'NEIL WILLIAMS

THIRD
AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 01/14/2002)
Case Number: 4:99-CR-00002-JKS
M.J. HADEN
Defendant's Attorney

Defendant's probation officer filed a petition on December 15, 2005 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1, 2, 3, 4, and 5 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Not commit crime | 12/15/2005 | C |
| 2 | Standard | Use of Marijuana | 10/11/2005 | C |
| 3 | Standard | Use of Marijuana | 10/17/2005 | C |
| 4 | Standard | Use of Marijuana and Ecstasy | 12/07/2005 | C |
| 5 | Standard | Use of Marijuana and Ecstasy | 12/15/2005 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MARCH 8, 2006
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3/10/06
Date

AO245.REV

Defendant: SEDRIC O'NEIL WILLIAMS                    Amended Judgment--Page  2  of  2
Case No.:  4:99-CR-0002-JKS

## SUPERVISED RELEASE

Defendant's supervised release is modified as follows:

1. The defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol.

2. The defendant shall submit to a warrantless search of his person, residence, vehicle, office, place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition.

3. The defendant shall participate in and fully comply with a mental health treatment program approved by the United States Probation Office.

4. The defendant shall not possess a firearm, destructive device or other weapon.

5. The defendant shall not associate with any members associated with the Gang "10-7 Hoova Gangster Crips" to include, but not limited to, the following individuals: John Herrick, Courtney Woods, Terrence Fleming, Antonio Fleming, and Fred Holmes.

6. The defendant shall participate in an inpatient substance abuse treatment program for up to 90 days, approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

7. The defendant shall submit to a maximum of 12 drug tests per month, as directed by the probation officer.

The term of supervision is extended as follows:

Defendant's Supervised Release is revoked and reinstated for an additional 30 months.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV