

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | WILLIAMS, SEDRIC |
| DATE OF BIRTH: | 01/08/1979 |
| CHARGE: | PROBATION VIOLATIONS |
| CASE NUMBER: | F99-0002CR (JKS) |
| PLACE HELD: | ACC - EAST |
| DATE OF ARREST: | 04/20/2006 |
| TIME OF ARREST: | 11:45 |
| PLACE ARRESTED: | ANCHORAGE |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:　　　YES　X　　　　NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.