MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>SEDRIC O'NEAL WILLIAMS</u>   CASE NO. <u>4:99-cr-00002-JKS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:             <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:            <u>ROBIN M. CARTER</u>

UNITED STATES' ATTORNEY:          <u>STEPHAN COOPER - TELEPHONIC</u>

DEFENDANT'S ATTORNEY:             <u>M.J. HADEN - APPOINTED</u>

U.S.P.O.:                         <u>BETH MADER</u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 4/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:37 a.m. court convened.

<u>X</u> Copy of petition given to defendant; read.

<u>X</u> Defendant sworn.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Financial Affidavit **FILED.**
  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> PLEAS: Defendant denied <u>allegations 1-6 of the petition.</u>

<u>X</u> Consent to be filed within <u>2</u> days or case shall be
   transferred to a U.S. District Judge.

<u>X</u> Preliminary Hearing set for **April 25, 2006 at 3:00 p.m.**

<u>X</u> Defendant detained/Detention Hearing set for **April 25, 2006 at 3:00 p.m.**  Order of Temporary Detention **FILED**.

At 10:49 a.m. court adjourned.


DATE: <u>April 24, 2006</u>        DEPUTY CLERK'S INITIALS: <u>rc</u>