(Rev 10/05)

# LIST OF EXHIBITS

Case No. 4:99-cr-00002-JKS   Magistrate Judge/~~Judge~~: John D. Roberts

Title USA
vs.
Sedric O'neal

Dates of Hearing/Trial: 4/25/06

Deputy Clerk/Recorder: BMC

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephan Cooper | M.J. Haden |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 4/25 | drivers license | | | | |
| 2 | ✓ | 4/25 | instructional permit | | | | |
| 3 | ✓ | 4/25 | ID | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |