(Rev 6/05)                          **LIST OF EXHIBITS**

Case No. 4:99-CR-00002-JKS   ~~Magistrate Judge~~/Judge: James K. Singleton

Title  U.S.A.
vs.
Sedric O'neal Williams

Dates of Hearing/~~Trial~~: May 8, 2006 - May 10, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephan Cooper | MJ Haden |
|  |  |
|  |  |

------- EXHIBITS -------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 5/9 | Discharge Summary | | | | |
| 2 | X | 5/8 | Behavioral Agreement | | | | |
| 3 | X | 5/9 | Lab Report | | | | |
| 3A | X | 5/9 | Property receipt | | | | |
| 4 | X | 5/9 | Agency # Photo | | | | |
| 5 | X | 5/9 | Agency # Photo | | | | |
| 6 | X | 5/9 | Agency # | | | | |
| 7 | X | 5/9 | Agency # | | | | |
| 8 | X | 5/9 | Agency # | | | | |
| 9 | X | 5/9 | Agency # | | | | |
| 10 | X | 5/9 | Agency # photo | | | | |

Continuation
List of Exhibits

Page: 2

Case No: 4:99-CR-00002-JKS　Judge: James K. Singleton

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 2A | x | 5/9 | Contract | | | | |
| 11 | x | 5/9 | Citation | | | | |
| 12 | x | 5/9 | DMV Photo & Application | | | | |
| 13 | x | 5/9 | Photo of Dept | | | | |
| 14 | x | 5/9 | Photo Application | | | | |
| 15 | x | 5/9 | Photo ID Card Application | | | | |