M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>    Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**DEFENDANT'S DISPOSITION MEMORANDUM** |

    Defendant, Sedric O'Neal Williams, by and through counsel M. J. Haden, Staff Attorney, hereby submits the following disposition memorandum to aid the court at the disposition hearing scheduled for Monday, July 31, 2006.  Mr. Williams will call no witnesses for the disposition hearing.

    On March 10, 2006, this court revoked Mr. Williams' supervised release and reinstated supervision for 30 months with the special condition, in addition to the special conditions originally imposed at the time of sentencing, that Mr. Williams participate in an inpatient substance abuse treatment program for up to 90 days.  On March 17, 2006, the probation officer filed a petition alleging that Mr. Williams violated his conditions of

supervision by being administratively discharged from the inpatient substance abuse treatment program.  On April 24, 2006, the probation officer added five additional violations.  After a lengthy evidentiary hearing, the court sustained three of the six alleged violations – failure to participate in an inpatient substance abuse treatment program, committing forgery in the second degree by obtaining a false instructional permit, and committing forgery in the second degree by obtaining a false driver's license.[1]  Mr. Williams is now before this court for disposition.

Throughout his case in federal court, Mr. Williams has acknowledged that he suffers from a substance abuse addiction.  He reports that be began to smoke marijuana in his early teens and has been unable to control his drug use since that time.  Mr. Williams submits that his treatment concerns are not being met by continued incarceration.  He continues to desire treatment rather than being warehoused and made to return to society to face the exact same issues he faced before serving his period of incarceration.

Mr. Williams has been in custody since April 20, 2006.  Prior to this period of incarceration, he was in custody from December 15, 2005, to March 10, 2006, as the result of the first petition to revoke his supervised release.  As a result of his underlying offense of theft of a firearm in violation of 18 U.S.C. § 924(l), Mr. Williams was sentenced to 87 months.  At the time of the offense, he was only 18 years old.  Mr. Williams has spent all but a few weeks of his adult life in custody.  Adjusting to living free in society has been difficult for him.  This adjustment has been complicated by his ongoing drug addiction.

---

[1] Mr. Williams currently is charged in state court with driving with license revoked/ suspended, Forgery 2°, Criminal Impersonation 1°, False Report.

Conditions of supervision must be reasonably related to the factors set forth in 18 U.S.C. § 3553. One of those factors is to "provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner." § 3553(a)(1)(D). The conditions of supervision must involve no greater deprivation of liberty than is reasonably necessary. Here, Mr. Williams still desires and needs substance abuse treatment. He needs the assistance of professional counseling to break the cycle of drug dependency that leads him astray of a law abiding lifestyle.

Thus, Mr. Williams respectfully requests that this court sentence him to time served since April 20, 2006, and return him to inpatient drug treatment as a condition of his supervised release.

DATED this 25th day of July, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

and hand delivered on:

Beth Mader, Probation Officer

/s/ M. J. Haden

3