**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **FOURTH**<br>**AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or |
| vs. | Supervised Release)<br>For Offenses Committed On or After<br>November 1, 1987 |
| SEDRIC O'NEIL WILLIAMS. | (Original Judgment filed <u>01/14/2002</u>)<br>Case Number: <u>4:99-cr-00002-JKS</u><br><u>MJ Haden</u><br>Defendant's Attorney |

Defendant's probation officer filed a petition on <u>03/20/2006 and a Supplemental Petition on 4/24/2006</u> accusing defendant of <u>6</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>denied allegation 1 of the Petition to Revoke Supervised Release and denied allegations 2 thru 6 of the Supplemental Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Failure to Participate in an inpatient substance abuse treatment program | 03/15/06 | C |
| 4 | Mandatory | Not commit crime | 03/21/06 | B |
| 5 | Mandatory | Not commit crime | 03/31/06 | B |

The court finds that the following accusations are not proved: <u>allegations 2 and 3 of the Supplemental Petition to Revoke Supervised Release</u>. The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

<u>July 31, 2006</u>
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
<u>JAMES K. SINGLETON, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

<u>08/01/06</u>
Date

Defendant: SEDRIC O'NEIL WILLIAMS        Fourth Amended Judgment--Page 2 of 3
Case No.:   4:99-cr-00002-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>12 months and 1 day with credit for any time served, not only the time he has served in anticipation of this supervised release revocation but the time he served in anticipation of the earlier supervised release revocation at docket #149- Third Amended Judgment on Revocation of Supervised Release filed on 03/14/06 where the defendant was only sentenced to an additional 30 months of supervised release</u>.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
        [_] at _____ a.m.
        [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
        [_] before 2 p.m. on _____.
        [_] as notified by the United States Marshal.
        [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

AO245.REV

Defendant: SEDRIC O'NEIL WILLIAMS     Fourth Amended Judgment--Page 3 of 3
Case No.:   4:99-cr-00002-JKS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

The term of supervision is not [_] is[X] extended as follows:

Defendant's Supervised Release is revoked and reinstated for an additional 18 months.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment and the Third Amended Judgment on Revocation of Supervised Release shall remain in effect.

AO245.REV