UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff(s),       )
                            )   Case No. 4:99-CR-00002-JKS
v.                          )
                            )   **EXHIBIT INVENTORY AND**
SEDRIC O'NEIL WILLIAMS,     )   **DISPOSITION NOTICE**
                            )
        Defendant(s).       )
_____)

        Plaintiff:  Stephen Cooper

        Defendant:  MJ Haden

exhibits listed below:

        1,2,3,4,5,6,7,8,9,10,11,12,13,14 and 15


        Returned to Stephen Cooper by (pick-up).


        DATED this 14th day of August, 2006 at Anchorage, Alaska.



        IDA ROMACK
        Clerk of Court

        by: _____[signature]_____
                                  Deputy Clerk

✓ Picked up by __[signature] 8-14-06__
                (Signature) and Date)


[EXHINVT.WPD 5/5/99]