M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>             Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**MOTION FOR RETURN OF PROPERTY** |

　　　　Defendant, SEDRIC O'NEAL WILLIAMS, by and through counsel M. J. Haden, Staff Attorney, moves this court for the return of three address/phone books seized from him during the probation search that took place at 2955 Suncatcher Drive, Anchorage, Alaska, on April 20, 2006.

　　　　This motion is submitted pursuant to Fed. R. Crim. P. 41(g) and is based upon the affidavit of counsel filed herewith.

DATED this 31st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

and hand delivered on:

Beth Mader, Probation Officer
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99503

/s/ M. J. Haden