Evidence Form 3
D/Ak (6/00)

1 of 2

## U.S. PROBATION / PRETRIAL SERVICES OFFICE
### DISTRICT OF ALASKA
Seized / Detained Property Receipt
Docket Number _____

On _April 20_____, 20 _06_ at _12:00_ am/pm, the following list of items were seized/detained from:

Name: _Oreyal Jaquet (Sedric) Williams_

Address: _Sweater_

Property Description:
Small
1) Zip Lock bag w/ Marijuana found on Kidd Isl /
2) large Zip lock bag w/ Marijuana (Kidd Island.
3) Marijuana found on Kidd Island
4) Brown Vial found on living room table
5) Brown Vial found in trash
6) Marijuana in baggie found on Coffee table
7) Marijuana found on Joe Piper in bedroom on dresser.
8) Paperwork ; GCI (Vygear Podriquez) - Expedia (Maurice Jamieson) - Miko Dominque Shakire Piper - Willie Kincheon Rose - Ruis Receipt w/name Mary Lassiter

Property Owner / Date  _4/20/06_    Officer / Date  _Bella A. Mader 4/20/06_

Witness / Date  _4/20/06_

## Returned Property

On _____, 20___ at _____ am/pm, the following list of items were returned to:

Name: _____

Address: _____

Property Description:
_____
_____
_____
_____
_____
_____
_____
_____
_____

Property Owner / Date _____    Officer / Date _____

Witness / Date _____

3A

United States v. Sedric Williams
Case No. 4:99-cr-0001-JKS

Exhibit A
Page 1 of 2

Evidence Form 3
D/Ak (6/00)

## U.S. PROBATION / PRETRIAL SERVICES OFFICE
### DISTRICT OF ALASKA
Seized / Detained Property Receipt

Docket Number_____

On _Apil 20_____, 20 06 at _12:25_ am/pm, the following list of items were seized/detained from:

Name: _Oreyal Jacquet (Cedric Williams)_

Address: _Suncatcher_

Property Description: _9) orange plastic piece w/white residue found in garage trash_

_10) 3 phone books (1 black 2 brown)_

Property Owner / Date _4/20/06_

Officer / Date _Beth A. Mader 4/20/06_

Witness / Date _4/20/06_

---

## Returned Property

On _____, 20____ at _____ am/pm, the following list of items were returned to:

Name: _____

Address: _____

Property Description: _____

Property Owner / Date

Officer / Date

Witness / Date