NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>　　　　Defendant. | Case No. 4:99-cr-002-JKS<br><br>**RESPONSE TO MOTION FOR RETURN OF PROPERTY** |

　　　　Plaintiff, the United States of America, does not oppose defendant's motion for return of three address and phone books, with certain qualifications.

　　　　Plaintiff does not know that the said property belongs to defendant, and has not seen in the moving papers any unequivocal statement that defendant owns them. Because the location from which they were seized was a residence in which defendant claims he did not reside, it is questionable whether the records are his. Because

defendant's friend and defense witness at the revocation hearing was the occupant of that house, and because she is now under a state charge for a drug offense, it seems possible that defendant's claim to the records is to assist his friend in acquiring these potentially drug-related records.

In any event, because of the close relationship between defendant and the occupant of the house where the records were seized, the United States does not object to release of the records to defendant.

The United States respectfully requests that it be allowed another day or two to provide the documents to defense counsel.

RESPECTFULLY SUBMITTED this 14th day of September, 2006, at Fairbanks, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>/s/ Stephen Cooper
>STEPHEN COOPER
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, AK 99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>E-mail: stephen.cooper@usdoj.gov
>
>Attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

I certify that the foregoing
**RESPONSE TO MOTION FOR RETURN OF PROPERTY**
was sent to defense counsel M. J. Haden on September 14 , 2006,
via electronic filing notice.
 /s/ Stephen Cooper
Office of the United States Attorney