UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>   Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**ORDER DIRECTING<br>RETURN OF PROPERTY** |

After due consideration of defendant's Motion to Return Property, the court GRANTS the motion.

The U.S. Probation Office and/or the government is hereby directed to return the three address/phone books seized from 2955 Suncatcher Drive, Anchorage, Alaska, on April 20, 2006, to Mr. Williams or his designee.

DATED 09/15, 2006, in Anchorage, Alaska.

**REDACTED SIGNATURE**

James K. Singleton, Jr.
U.S. DISTRICT JUDGE