

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE: **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Sedric O. Williams |
| DATE OF BIRTH: | 01/08/1979 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | F99-0002CR |
| PLACE HELD: | ACC EAST |
| DATE OF ARREST: | 01/16/2007 |
| TIME OF ARREST: | 14:30 |
| PLACE ARRESTED: | US Probation Office (Anchorage) |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:    YES __x__    NO_____

LANGUAGE: _English_____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.