PROB 12C
(7/93)


JAN 12 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court

**for the**

# District of Alaska

**Petition for Warrant or Summons for Offender Under Supervised Release**

Name of Offender: Sedric O'Neil Williams — Case Number: 4:99-cr-00002-JKS

Sentencing Judicial Officer: James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence: January 14, 2002

Original Offense: Theft of a Firearm

Original Sentence: 87 months imprisonment with 3 years supervised release

Date Supervision Commenced: October 11, 2005

Asst. U.S. Attorney: Stephen Cooper — Defense Attorney: R. Noreen

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on January 9, 2007, the defendant submitted a urine sample that tested positive for cocaine. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X] Revoked
[ ] Extended for _______ year(s), for a total term of _______ years.

[ ] The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: January 12, 2007

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ] The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ] Other:

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge

1-12-07

Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**<u>Probation Cases:</u>** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court

for the

# DISTRICT OF ALASKA

**UNITED STATES OF AMERICA**

vs.

Sedric O'Neil Williams

Case Number: 4:99-cr-00002-JKS

DECLARATION IN SUPPORT OF PETITION

I, Chris Liedike, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Sedric O'Neil Williams, and in that capacity declare as follows:

The defendant was sentenced to a term of imprisonment for 87 months with three years supervised release. The defendant was released from custody on October 7, 2005.

On March 8, 2006, a third amended Judgment was issued due to revocation of the defendant's supervised release. The defendant's supervised release was modified and extended for an additional 30 months.

On July 31, 2006, a fourth amended Judgment was issued due to revocation of the defendant's supervised release for a term of 12 months and one day with credit for any time served.

On December 15, 2006, the defendant was released from the custody of the Bureau of Prisons, and the defendant returned to Anchorage, Alaska.

On December 21, 2006, the defendant met with a U.S. Probation Officer and discussed his conditions and the defendant signed a copy of his second, third, and fourth amended Judgments acknowledging that he understood what the court's options are if he is to violate any conditions and that the conditions had been read to him and fully understands the conditions.

On January 9, 2007, the defendant reported to the U.S. Probation Office and submitted a urine sample, A01018986, that tested positive for cocaine. Said sample was forwarded to Kroll Laboratory for confirmation. After the defendant submitted the urine sample, this officer met with the defendant concerning the positive result, and the defendant denied any use of cocaine.

On January 12, 2007, this officer received the result from Kroll Laboratory confirming a positive result of cocaine from urine sample A01018986, which was supplied by the defendant on January 9, 2007.

Executed this 12th day of January, 2007, at Anchorage, Alaska, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Chris Liedike
U.S. Probation Officer