MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs SEDRIC O'NEILL WILLIAMS   CASE NO. 4:99-CR-00002-JKS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON/CHAD WILTS

UNITED STATES ATTORNEY:        AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:          M.J. HADEN, APPOINTED

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (182) Held 01/16/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:21 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above.

 X Financial Affidavit **FILED**.  Federal Public Defender accepted
appointment.  FPD notified.

 X Defendant **DENIED** Allegation 1 of the Petition to Revoke
Supervised Release.

 X Preliminary Hearing set for **January 22, 2007 at 2:00 p.m.**

 X Defendant detained; Order of Temporary Detention Pending
Hearing **FILED.**

 X OTHER: Court and counsel heard re defendant's oral motion to
release the defendant on his own recognizance; **DENIED**.  Court
directed parties to notify the court requesting to add a
detention hearing on the same day as the preliminary hearing, if
needed.

At 4:34 p.m. court adjourned.


DATE:   January 16, 2007     DEPUTY CLERK'S INITIALS:   Ce