NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 04: 99-cr-0002-JKS |
| | ) | |
| Plaintiff, | ) | **MOTION TO APPEAR** |
| | ) | **TELEPHONICALLY AT** |
| vs. | ) | **PRELIMINARY HEARING ON** |
| | ) | **PETITION TO REVOKE** |
| SEDRIC O'NEILL WILLIAMS | ) | **SUPERVISED RELEASE** |
| | ) | |
| Defendant. | ) | **FILED ON SHORTENED TIME** |

The United States of America, by Assistant United States Attorney Audrey J. Renschen, hereby requests authorization from the court for Assistant United States Attorney Stephen Cooper to appear telephonically at the Preliminary Hearing on Williams' Petition to Revoke Supervised Release scheduled for Monday, January 22, 2007, at 2:00 p.m. in Anchorage, Alaska.

Undersigned counsel handled today's initial appearance for Fairbanks Assistant United States Attorney Cooper as part of her duty attorney assignment. After discussing the matter with Mr. Cooper, I and he both believe the United

States' interests will be better served by Mr. Cooper's telephonic appearance on Monday.

As the court noted, Mr. Williams' history with the court has been extensive, and Mr. Cooper has handled his case, and is uniquely familiar with Mr. Williams' conduct and history. Both factors will be important for the preliminary hearing and for any consideration the court may give to release on bail.

Probation Agent Chris Ledike will appear in person to testify in Anchorage about the Defendant's urine analysis, and any other evidence relevant to Williams' violation.

This request is made on shortened time so that if denied, Mr. Cooper will have time to prepare another attorney for the Monday hearing, as undersigned counsel will not be available.

DATED this 17th day of January, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500

I declare hereby certify that on January 17, 2007, a copy of the foregoing was served electronically on MJ Haden

s/ Audren J. Renschen
Assistant U.S. Attorney

2