IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 04: 99-cr-0002-JKS |
| Plaintiff, ) | **ORDER TO APPEAR TELEPHONICALLY** |
| vs. ) | |
| SEDRIC O'NEILL WILLIAMS ) | |
| Defendant. ) | |

IT IS SO ORDERED. Assistant United States Attorney Stephen Cooper has permission to appear telephonically for the United States at the Monday, January 22, 2007, preliminary hearing at 2:00 pm, on the petition to Revoke Mr. Williams' Supervised Release.

DATED: _____

JOHN D. ROBERTS
MAGISTRATE JUDGE