# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
JAN 17 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FD 371124

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 4:99-cr-0002-JKS |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Sedric O'Neil Williams ) | |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Sedric O'Neil Williams and bring him forthwith to the nearest Magistrate Judge to answer a probation violation petition charging him with one violation of his term of probation.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

1-12-07
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

USPO - Anchorage, AK

| Date Received: 1/12/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 1/16/07 | Rochelle Liedike, DUSM | [signature] |