MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. SEDRIC O'NEIL WILLIAMS    CASE NO. 4:99-cr-00002-JKS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER / CHAD WILTS

UNITED STATES' ATTORNEY:        STEPHEN COOPER - TELEPHONIC

DEFENDANT'S ATTORNEY:           M.J. HADEN

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: PRELIMINARY / DETENTION HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE HELD JANUARY 22, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:04 p.m. court convened.

Chris Liedike sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1, 2, and 3 **ADMITTED.**

Court found probable cause to continue holding the defendant to answer to the allegations as stated in the Petition to Revoke Supervised Release. Consent to Proceed Before A United States Magistrate Judge in an Evidentiary Hearing **FILED.** Evidentiary Hearing set for **February 7, 2007 at 11:00 a.m.**

Court and counsel heard re defense counsel's oral motion to release the defendant on electronic monitoring; **DENIED**. Order of Detention Pending Trial **FILED**. Defendant's detention continued.

List of Witnesses and List of Exhibits filed separately.

At 3:04 p.m. court adjourned.

Note: All admitted exhibits retained by counsel.

DATE:    January 22, 2007        DEPUTY CLERK'S INITIALS:   ak