(Rev 1/07)

# LIST OF EXHIBITS

---

Case No.   4:99-CR-00002-JKS          Magistrate Judge: **JOHN D. ROBERTS**

Title        U.S.A.
   vs.
             SEDRIC O'NEIL WILLIAMS

Dates of Hearing/Trial:    1/22/2007

Deputy Clerk/Recorder:  *Chad Wilts / April Kayser*

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephen Cooper | M. J. Haden |
|  |  |
|  |  |

-------EXHIBITS-------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 1/22/07 | Document - Chain of Custody |  |  |  |  |
| 2 | ✓ | 1/22/07 | Document - Drug Test Report |  |  |  |  |
| 3 | ✓ | 1/22/07 | Document - Quantitation Request |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |