M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>             Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**MOTION FOR BAIL REVIEW HEARING** |

Sedric O'Neal Williams asks this court for an order setting this matter on for a bail review hearing at a date and time convenient for the court and for the parties. Mr. Williams proposes that he be released under the following conditions:

- Twenty-four hour third-party custodian;

- 1431 Carolyn Court, Apartment A
  Anchorage, Alaska;

- Subject to electronic monitoring;

- Daily in-person check-in with Pretrial Services;

- U/As as directed;

- Curfew from 7 p.m. to 7 a.m.;

- Not possess weapons;

Counsel for defendant is unavailable for a hearing the afternoon of January 30, 2007.

DATED this 29th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 29, 2007, a copy of the foregoing document, with attachments,  was served electronically on:

Stephen Cooper, Esq.

and a copy was sent via facsimile to:

Chris Liedike, Probation Officer
(907) 561-3060

/s/ M. J. Haden