UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>　　　　　Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**ORDER SCHEDULING BAIL REVIEW HEARING** |

　　　　After due consideration of defendant's Motion for Bail Review Hearing, the court GRANTS the motion. A hearing is scheduled for _____, 2007, at _____ a.m./p.m.

　　　　DATED _____, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　United States Magistrate Judge