M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>　　　　　Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME DIRECTING U.S. PROBATION TO REQUEST RETURN OF URINE SAMPLE** |

　　　　Defendant, Sedric O'Neal Williams, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for an order directing the United States Probation Office for the District of Alaska to request that the urine sample of January 9, 2007, which is the basis for the revocation petition filed at Docket No. 183, be returned to the Probation Office from Kroll Laboratory.  This motion is filed on shortened time because an evidentiary hearing in this matter has been scheduled for February 7, 2007.

　　　　This motion is unopposed by Assistant United States Attorney Stephen Cooper and is filed pursuant to Federal Criminal Rule 16(b); Due Process Clause of the

Fifth Amendment; the Confrontation Clause of the Sixth Amendment, and the attached affidavit of counsel.

DATED this 30th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 30, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

and hand delivered on:

Chris Liedike, Probation Officer

/s/ M. J. Haden