M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>            Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1.   I am the attorney in the above-captioned case.

2.   Mr. Williams is charged in a one count petition for revocation of supervised release, alleging that on January 9, 2007, he submitted a urine sample that tested positive for cocaine.

3.   A preliminary hearing was held on Monday, January 22, 2007. During the hearing, testimony was given regarding the use of safeguards to ensure that urine samples are tracked using the proper chain of custody.  At the close of the hearing,

Mr. Williams expressed his desire to visually examine the sample at issue to observe if the safeguards had been properly followed.

4.  Following the hearing, I spoke with Probation Officer Chris Liedike regarding the inspection of the sample. Mr. Liedike advised that Kroll Laboratory has custody of the sample. Kroll Laboratory is located in Louisiana. Mr. Liedike further advised that a court order would be necessary in order for Probation to request that the sample be returned to the Probation Office for visual inspection.

5.  I spoke with Assistant United States Attorney Stephen Cooper regarding the return of the sample and the request for an order directing Probation to request the return of the sample. Mr. Cooper is unopposed to the court issuing an order directing the Probation Office to request the return of the sample.

6.  Thus, Mr. Williams requests that this court issue an order directing the Probation Office to request the return of the January 9, 2007, sample at issue from Kroll Laboratory so that under signed counsel my visually inspect said sample for the chain of custody safeguards. This order is necessary to protect Mr. Williams' Fifth Amendment right to due process and Sixth Amendment right of confrontation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 30th day of January, 2007.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2