UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>　　　　　　Defendant. | Case No. 4:99-cr-00002-JKS<br><br>**ORDER DIRECTING U.S. PROBATION TO REQUEST RETURN OF URINE SAMPLE**<br>(Docket No. 201) |

　　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　　After due consideration of defendant unopposed motion for an order directing the United States Probation Office to request the return of Mr. Williams' urine sample submitted on January 9, 2007, the court GRANTS the motion.

　　　　　The United States Probation Office for the District of Alaska is hereby ordered to request that said sample be returned expeditiously to the Probation Office from Kroll Laboratory. It is further ordered that said sample be made available for visual inspection by the defense.

　　　　　DATED January 30, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/ JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　United States Magistrate Judge