NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:99-cr-00002-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **RESCHEDULE BAIL REVIEW** |
| | ) | **HEARING ON SHORTENED** |
| SEDRIC O'NEIL WILLIAMS, | ) | **TIME** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court

to reschedule the bail review hearing, currently scheduled for February 1, 2007 at

10:00 a.m. to a later time on the same day, in the above cited case. Counsel is

scheduled to be in court on other cases in Fairbanks, throughout the morning. Counsel for the defense does not oppose the continuance.

WHEREFORE plaintiff respectfully requests that the motion to reschedule defendant's bail review hearing, on shortened time, be reset to February 1, 2007, in the afternoon at a time convenient to the court, be granted.

RESPECTFULLY SUBMITTED this <u>31st</u> day of January, 2007, in Fairbanks, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Stephen Cooper
>STEPHEN COOPER
>Assistant United States Attorney
>Federal Building and U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska 99701-6282
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>E-mail: Stephen.Cooper@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2007,
a copy of the foregoing **UNOPPOSED MOTION TO RESCHEDULE BAIL REVIEW HEARING ON SHORTENED TIME**, was served electronically, on:

**M. J. Haden**

s/Stephen Cooper