IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEIL WILLIAMS,<br><br>        Defendant. | Case No.  4:99-cr-00002-JKS<br><br>[Proposed]<br><br>**ORDER** |

    IT IS SO ORDERED.  The Motion to Reschedule Bail Review Hearing is GRANTED.  The hearing is rescheduled to _____ p.m. o'clock on February 1, 2007.

Date: _____

                                                          JOHN D. ROBERTS<br>                                                          United States Magistrate Judge