```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   SEDRIC O'NEIL WILLIAMS     CASE NO. 4:99-CR-00002-JKS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         STEPHEN COOPER, TELEPHONIC

DEFENDANT'S ATTORNEY:            M.J. HADEN

U.S.P.O.:                        TRAVIS LYONS

PROCEEDINGS: BAIL REVIEW HEARING RE PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 182) Held 02/01/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

Court and counsel heard re defendant's oral motion to release the defendant to proposed Third Party Custodian with electronic monitoring and conditions.

Rodney Maurice Glenn sworn and testified on behalf of the defendant as proposed Third Party Custodian.

Court and counsel heard re plaintiff's filed Opposition.

Arguments heard.

Court heard; defendant's oral motion to release the defendant to proposed Third Party Custodian with electronic monitoring and conditions; **DENIED**.

Defendant's detention continued.

At 2:13 p.m. court adjourned.

List of Witnesses to be filed separately.


DATE:     February 1, 2007      DEPUTY CLERK'S INITIALS:    Ce