NELSON P. COHEN
United States Attorney


AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:99-cr-002-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF REMOVAL FROM** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| SEDRIC O'NEAL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


COMES NOW the United States of America, by and through counsel, and hereby requests that the Court no longer serves pleadings in the above-captioned case on Audrey J. Renschen, Asst. U.S. Attorney.  Stephen Cooper, Assistant U.S. Attorney, is now appearing for the United States in this matter.

RESPECTFULLY SUBMITTED on this <u>5th</u> day of February, 2007, in

Anchorage, Alaska.

NELSON P.  COHEN
United States Attorney

<u>s/Audrey J. Renschen</u>
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 5, 2007
a copy of the foregoing was served
electronically to:

MJ Haden

<u>s/ Audrey Renschen</u>