```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs.  SEDRIC O'NEIL WILLIAMS   CASE NO. 4:99-CR-00002-JKS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    CHAD WILTS / CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  STEPHEN COOPER

DEFENDANT'S ATTORNEY:     MJ HADEN

U.S.P.O.:                 CHRIS LIEDIKE

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 182) Held 2/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:06 a.m. court convened.

Joseph David Peroupka sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1, 2, 3, 4, 5 and 6 **ADMITTED**.

Pat Pizzo sworn and testified on behalf of the plaintiff as an expert witness.

At 12:09 p.m. court recessed this matter until 1:33 p.m.

Chris Liedike sworn and testified on behalf of the defendant. Defendant's exhibit A **ADMITTED**. Defendant's exhibit B **IDENTIFIED**.

At 1:57 p.m. court recessed this matter until 1:59 p.m.

Closing arguments heard.

Court heard; this matter taken **UNDER ADVISEMENT**, written ruling to issue.

Court directed the clerk to order a daily transcript of the proceedings.

At 2:14 p.m. court adjourned.

Note: All admitted exhibits retained by court.

List of exhibits, list of witnesses to be filed separately.


DATE: February 7, 2007          DEPUTY CLERK'S INITIALS: CLW/CME