(Rev 2/07)    **LIST OF EXHIBITS**

---

Case No.  4:99-CR-00002-JKS        Magistrate Judge:   **JOHN D. ROBERTS**

Title        U.S.A.
  vs.
       SEDRIC O'NEIL WILLIAMS

Dates of Hearing/Trial:   2/7/07

Deputy Clerk/Recorder:   CLW / CME

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| STEPHEN COOPER | MJ HADEN |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 2/7 | Chain Custody form | A | X | 2/7 | Beth Hader PTS. Report |
| 2 | X | 2/7 | Test Results | B | X |  | Lab testing |
| 3 | X | 2/7 | Test Result |  |  |  |  |
| 4 | X | 2/7 | Urine Specimen |  |  |  |  |
| 5 | X | 2/7 | Test Kit |  |  |  |  |
| 6 | X | 2/7 | U.A. Cup |  |  |  |  |