NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:99-cr-2-JKS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **UNOPPOSED MOTION ON** |
| ) | **SHORTENED TIME TO** |
| ) | **EXTEND TIME TO RESPOND** |
| ) | **TO OBJECTIONS TO REPORT** |
| SEDRIC O'NEAL WILLIAMS, ) | **AND RECOMMENDATION** |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to extend by 4 hours the time for plaintiff to file its Response to defendant's objections to the Report and Recommendation of March 9, 2007.

This extension is needed due to the fact that plaintiff's counsel was on sick leave half the day March 26, and again most of the morning today, March 27, and was

without a secretary last week. Defendant's counsel M. J. Haden has indicated to the undersigned today that she has no opposition to this requested extension.

Consideration on shortened time is necessary because there remains no time for adversarial motion practice before the Court must consider this request.

Accordingly, plaintiff respectfully requests that its Unopposed Motion to extend time by four hours, until 4:00 p.m. today, to respond to defendant's Objections to the Report an Recommendation be granted.

RESPECTFULLY SUBMITTED this 27th day of March, 2007, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov
Alaska #6911028

I certify that on March 27, 2007, the foregoing is being served via the electronic filing hereof, on defense counsel M. J. Haden.

/s/ Stephen Cooper
Office of the United States Attorney

2