NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:99-cr-00002-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF FILING PROPOSED** |
| vs. | ) | **ORDER ATTACHMENT IN RE:** |
| | ) | **MOTION FOR EXTENSION OF** |
| SEDRIC O'NEIL WILLIAMS, | ) | **TIME ON SHORTENED TIME** |
| | ) | **AT DOCKET 219** |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW Plaintiff, the United States of America, and files its Proposed Order in the above captioned case that was inadvertently not attached to original filing at Docket 219.

WHEREFORE plaintiff respectfully requests that the Proposed Order be made an attachment to the Motion for Extension of Time to File Response /Reply as to [218] Objection to Report and Recommendations on Shortened Time, filed at Docket 219.

RESPECTFULLY SUBMITTED this 27th day of March, 2007, in Fairbanks, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Stephen Cooper
        STEPHEN COOPER
        Assistant United States Attorney
        Federal Building and U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701-6282
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        E-mail: Stephen.Cooper@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27  2007,
a copy of the foregoing **NOTICE OF FILING PROPOSED ORDER ATTACHMENT IN RE:  MOTION FOR EXTENSION OF TIME ON  SHORTENED TIME AT DOCKET 219**,
was served electronically, on:

**M. J. Haden**

s/Stephen Cooper