IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEIL WILLIAMS,<br><br>Defendant. | Case No. 4:99-cr-00002-JKS<br><br>[Proposed]<br><br>**ORDER** |

IT IS SO ORDERED. Plaintiff's Unopposed Motion to extend time by four hours, until 4:00 p.m. today, to respond to defendant's Objections to the Report and Recommendation is granted.

Date: _____

                                                  JOHN D. ROBERTS<br>
                                                  United States Magistrate Judge