

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
        )
    Plaintiff(s), )
        ) Case No. 4:99-cr-00002-JKS
v. )
        ) **EXHIBIT INVENTORY AND**
SEDRIC O'Neil WILLIAMS, ) **DISPOSITION NOTICE**
        )
    Defendant(s). )
        )

    Plaintiff: United States of America

    Defendant:

exhibits listed below:

    1. Chain of Custody  2. Test Results  3. Test Results
4. Urine Specimen  5. Test Kit  6. U.A. Cup

    Returned to U.S. Attorney's office by pick-up.

    DATED this 29th day of March at Anchorage, Alaska.

                IDA ROMACK
                Clerk of Court

                by: REDACTED SIGNATURE
                Deputy Clerk

___ Certifed Mail Receipt Attached
X   Picked up by _[signature]_ 3/29/07
            (Signature and Date)

(Rev 3/07)