M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>　　　　　　Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**MOTION ON SHORTENED TIME FOR AN EMERGENCY BAIL REVIEW HEARING** |

　　　　Sedric O'Neal Williams asks this court on shortened time for an order setting this matter on for an emergency bail review hearing at a date and time convenient for the court and for the parties.  Mr. Williams requests that he be released to his sister, Maritta Williams, as third-party custodian from Thursday, April 19, 2007, through Tuesday, April 24, 2007, to attend his grandfather's funeral in Valdosta, Georgia.  Mr. Williams proposes that he be released under the following conditions:

　　•　　Twenty-four hour third-party custodian;

　　•　　Contact Pretrial Services as directed;

　　•　　Provide Pretrial Services with travel itinerary and lodging information;

　　•　　U/As as directed;

- Curfew from 7 p.m. to 7 a.m. when not traveling;
- Possess no weapons;

Mr. Williams grandfather, Alford O'Neal Williams, passed away on April 13, 2007. [Attachment A, Death Certificate] Alford Williams' body is presently at Harrington Funeral Home located at 713 Lake Park Road in Valdosta, Georgia. The funeral services are scheduled to take place on Saturday, April 21, 2007, at the Greater Pleasant Temple Baptist Church located at 309 Cherry Street, Valdosta, Georgia. Mr. Williams' family will pay for his transportation to and from the services.

Thus, Mr. Williams respectfully requests that the court schedule an emergency bail review as soon as possible. A third-party application has been completed by Maritta Williams and has been forwarded to the pretrial service officer.

DATED this 17th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

<u>Certification</u>:

I certify that on April 17, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

and a copy was sent via facsimile to:

Chris Liedike, Probation Officer
(907) 561-3060

/s/ M. J. Haden