**CERTIFICATE OF DEATH/STATE OF GEORGIA**

Local File Number 219

DECEDENT'S NAME (First, Middle, Last): **ALFORD ONEAL WILLIAMS**

SEX: **MALE**

DATE OF DEATH: **APRIL 13, 2007**

RACE: **BLACK**

DATE OF BIRTH: **MAY 10, 1942**

AGE: **64**

COUNTY OF DEATH: **LOWNDES**

CITY, TOWN OR LOCATION OF DEATH: **VALDOSTA**

HOSPITAL OR OTHER INSTITUTION NAME: **SOUTH GEORGIA MEDICAL CENTER**  **EMER. RM.**

DECEASED EVER IN U.S. ARMED FORCES: **NO**

CITIZEN OF WHAT COUNTRY: **U.S.A.**

MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: **MARRIED**

SPOUSE: **VELMA HAYES**

SOCIAL SECURITY NO.: **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**

USUAL OCCUPATION: **RETIRED CONSTRUCTION WORKER**

KIND OF INDUSTRY OR BUSINESS: **CONSTRUCTION COMPANY**

RESIDENCE - STATE: **GA.**

COUNTY: **LOWNDES**

CITY, TOWN or LOCATION: **VALDOSTA**

STREET AND NUMBER AND ZIP CODE: **406 E. ROGERS ST.**

INSIDE CITY LIMITS: **YES**

FATHER'S NAME: **M.L. WILLIAMS**

MOTHER'S MAIDEN NAME: **OKELLA PONDER**

INFORMANT'S NAME: **VELMA WILLIAMS**

MAILING ADDRESS: **406 E. ROGERS ST. VALDOSTA, GA. 31601**

RELATIONSHIP: **WIFE**

BURIAL, CREMATION, REMOVAL (Specify): **BURIAL**

DISPOSITION DATE: **4-21-07**

CEMETERY OR CREMATORY NAME: **CHARLES KNIGHT CEMETERY**

LOCATION: **LAKELAND, GA.  LANIER**

NAME AND ADDRESS OF FACILITY: **HARRINGTON FUNERAL HOME INC.  713 LAKE PARK RD.  VALDOSTA, GA. 31601**

FUNERAL DIRECTOR LICENSE NO.: **3792**  EST. LICENSE NO.: **169**

EMBALMER LICENSE NO.: **3359**

**CAUSE OF DEATH**

PART I

a. **Respiratory - Cardiac Arrest**

b. **Blunt Trauma**

c. **Motorcycle Accident**

WAS OPERATION PERFORMED: **No**

ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED: **Accident**

DATE OF INJURY: **4-13-07**

DESCRIBE HOW INJURY OCCURRED: **Motor Vehicle Accident**

HOUR OF INJURY: **1325 hrs**

INJURY AT WORK: **NO**

PLACE OF INJURY: **Street**

LOCATION: **Highway 125 At North Gate Moody AFB**

Walter Wacter, Coroner

DATE SIGNED: **April 13, 2007**  HOUR OF DEATH: **1320**

NAME OF ATTENDING PHYSICIAN: **Dr. Douglas Moss**

DATE SIGNED: **April 13, 2007**

DATE PRONOUNCED DEAD: **April 13, 2007**  HOUR PRONOUNCED DEAD: **1320 hrs**

NAME, TITLE, AND LICENSE NO. OF CERTIFIER: **Walter Wacter**  TITLE: **Coroner**

ADDRESS OF CERTIFIER: **233 Loch Laurel Rd. Lake Park, Ga**  **31636**

DATE RECEIVED BY REGISTRAR: **APR 17 2007**

Form 0003 (Rev 03/04)  GEORGIA DEPARTMENT OF HUMAN RESOURCES VITAL RECORDS SERVICE  DO NOT FOLD THIS CERTIFICATE

---

**Certificate of Record**

This is an exact copy of the death certificate received for filing in Lowndes County.

County Custodian: _Tracy Smithers_

Issued by: _Tracy Smithers_

(Void without original signature and impressed seal.)

Date: _____ APR 17 2007

OTHER COPIES MADE FROM THIS COPY ARE INVALID