UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>        Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**ORDER SCHEDULING EMERGENCY BAIL REVIEW HEARING** |

After due consideration of defendant's Motion On Shortened Time for An Emergency Bail Review Hearing, the court GRANTS the motion. A hearing is scheduled for _____, 2007, at _____ a.m./p.m.

DATED _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge