```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. SEDRIC O'NEIL WILLIAMS        CASE NO. 4:99-cr-00002-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES' ATTORNEY:           STEPHEN COOPER - TELEPHONIC

DEFENDANT'S ATTORNEY:              MJ HADEN

U.S.P.O.:                          CHRIS LIEDIKE

PROCEEDINGS: BAIL REVIEW HEARING HELD APRIL 19, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

Court and counsel heard re defense counsel's oral motion to release the defendant temporarily with conditions.

Maritta Williams sworn and testified on behalf of the defendant as a third party custodian.

Court and counsel heard re defense counsel's oral motion to release the defendant temporarily with conditions; **GRANTED**. Court instructed the defendant to report to the U.S. Probation Office before 12:00 p.m. on **April 24, 2007** for remand. Order Setting Conditions of Release **FILED**. Release Order **SIGNED.**

List of Witnesses filed separately.

At 11:52 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service.


DATE:      April 19, 2007          DEPUTY CLERK'S INITIALS:  amk