IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. SEDRIC O'NEIL WILLIAMS

CASE NO: 4:99-cr-00002-JKS

---

Defendant Sedric O'Neil Williams,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to Maritta Williams, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

✓ Other Jail facility is requested to return def's State id card to him upon his release. Def is to self surrender to U.S. Marshal on April 24, 2007 by noon.

Dated at Anchorage, Alaska this 19th day of April, 2007

REDACTED SIGNATURE
JOHN D. ROBERTS,
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 4/07)