# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br>vs.<br><br>SEDRIC O'NEIL WILLIAMS,<br><br>  Defendant. | 4-99-cr-00002-JKS-JDR<br><br>**FINAL RECOMMENDATION REGARDING PETITION TO REVOKE SUPERVISED RELEASE**<br><br>(Docket No. 182) |

In a recommendation filed March 12, 2007, (Docket No. 217), I advised that the Petition to Revoke Supervised Release (Docket No. 182) be granted. The defendant timely filed objections at Docket No. 218. The government filed a response. Docket No. 221. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 19th day of April, 2007, at Anchorage, Alaska.

  /s/ John D. Roberts
  JOHN D. ROBERTS
  United States Magistrate Judge