M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>    Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**MOTION ON SHORTENED TIME TO RELEASE MR. WILLIAMS TO THE CORDOVA CENTER** |

    Defendant, Sedric O'Neal Williams, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to release Mr. Williams to the Cordova Center Halfway House pending the resolution of his case.

    On January 16, 2007, Mr. Williams appeared before this court on a single allegation of violating the conditions of his supervised release by submitting a urine sample that allegedly tested positive for cocaine.  Mr. Williams was detained.

    On January 22, 2007, the court conducted a preliminary hearing and determined that there was probable cause to continue holding Mr. Williams to answer to the allegations in the petition to revoke his supervised release.  An evidentiary hearing was

held on February 7, 2007, and the court took the matter under advisement. On March 9, 2007, the court issued an initial report and recommendation finding that Mr. Williams had possessed or used a controlled substance in violation of his conditions of release. Mr. Williams filed timely objections to the court findings. The court rejected Mr. Williams' objections and issued a final report and recommendation on April 19, 2007. To date, the district court has not made a ruling concerning the evidentiary hearing.

On April 17, 2007, Mr. Williams filed a motion for an emergency bail review, requesting that he be released to the custody of a third-party custodian and allowed to travel to Augusta, Georgia, to attend his grandfather's funeral. The court granted his motion and Mr. Williams was released to the custody of his sister from April 19, 2007, to noon of April 24, 2007. The court ordered that while released and upon his return, Mr. Williams would be subject to urine testing. Mr. Williams successfully abided by the terms of his release and returned to custody on April 24, 2007, without incident.

Mr. Williams is charged with a single Grade C violation. His guilt or innocence has yet to be determined by the district court. Should he be found in violation, his advisory guideline range is 6 to 12 months. With the exception of the few days he was released to attend his grandfather's funeral, he has been in custody since January 16, 2007, over four months. Mr. Williams has proven that he can follow the conditions imposed by this court. His exposure, should he be convicted, is minimal. The Cordova Center will provide a secure environment that will assure that Mr. Williams will continue to abide by the court's orders. Mr. Williams proposes that he be subject to daily urine analysis while at the Cordova Center to confirm that he is refraining from the use of controlled substances.

Undersigned counsel has consulted with Pretrial Services Officer Chris Liedike. Mr. Liedike has confirmed that there is bed space currently available at Cordova Center. Furthermore, Mr. Liedike is unopposed to Mr. Williams being released to the Cordova Center.

DATED this 24th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 24, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

and hand delivered on:

Chris Liedike, Probation/Pretrial Services Officer

/s/ M. J. Haden