UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>                Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**ORDER RELEASING DEFENDANT TO CORDOVA CENTER** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for release to the Cordova Center, the court GRANTS the motion. The defendant is hereby released to the Cordova Center pending the resolution of the petition to revoke supervised release in the above-styled case, subject to the following conditions:

1. Defendant shall maintain residence at a community corrections center and shall comply with the rules of the center;

2. Defendant shall report telephonically to the Pretrial Services Officer weekly, the first day of each week;

3. Defendant shall not leave the state of Alaska without court permission;

4. Defendant shall refrain from any use of alcohol;

5. Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 892, unless prescribed by a licensed medical practitioner;

6. Defendant shall submit to any method of testing required by the Pretrial Services Office or the community correctional center, for determining whether defendant is using a prohibited substance. Such methods may be used daily or with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

DATED _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge