NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:99-cr-2-JKS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPPOSITION TO RELEASE PENDING RULING ON REVOCATION PROCEEDINGS** |
| ) | |
| SEDRIC O'NEAL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff, the United States of America, and opposes the release of defendant pending ruling on his current proceedings on petition to revoke supervised release.

This Opposition is based on all grounds previously offered in opposition to defendant's release in these revocation proceedings, and the additional ground that was unknown to defense counsel when the current motion was filed. This additional

ground is that the Probation Officer Chris Leidike has withdrawn his previous non-objection to the release, based on the fact that on May 19, 2007, the defendant tested positive for marijuana at the jail where he is currently held. This fact militates against his release, and particularly to a less secure facility as he has requested.

WHEREFORE plaintiff respectfully requests that the motion for release pending disposition of the current revocation proceeding be denied.

RESPECTFULLY SUBMITTED this 25th day of May, 2007, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov
Alaska #6911028

I certify the foregoing is being served on the filing date hereof via the Court's electronic filing system, on defense counsel M. J. Haden.

/s/ Stephen Cooper
Office of the United States Attorney