M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>                Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**MOTION ON SHORTENED TIME TO CONTINUE BAIL REVIEW** |

        Defendant, Sedric O'Neal Williams, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to continue the bail review in the above styled case currently scheduled for Tuesday, May 29, 2007 at 2:30 p.m.  This continuance is necessary for two reasons.  First, undersigned counsel is scheduled to appear before the Honorable John W. Sedwick for a proposed change of plea hearing in United States v. Beasley, 3:07-cr-0025-JWS, on Tuesday, May 29, 2007, at 2:30 p.m. Mr. Beasley will be traveling to Anchorage from Fairbanks and will arrive at approximately 12:30 p.m. on May 29, 2007.  Undersigned plans to meet with Mr. Beasley in the hours prior to his hearing.

A continuance is also necessary to allow Mr. Williams to investigate the allegation contained in the government's opposition that he tested positive for marijuana at the jail on May 19, 2007.

Thus, Mr. Williams respectfully requests a continuance of two days.

DATED this 25th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 25, 2007, a copy of the foregoing document, with attachments,  was served electronically on:

Stephen Cooper, Esq.

and hand delivered on:

Beth Mader, Probation Officer

/s/ M. J. Haden