UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>              Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**PROPOSED ORDER<br>RESCHEDULING BAIL REVIEW** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to continue bail review hearing, the court GRANTS the motion. The bail review hearing currently scheduled for Tuesday, May 29, 2007, at 2:30 p.m. is hereby vacated. The hearing is reset for _____, 2007, at _____ a.m./p.m.

DATED _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge