M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>            Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**UNOPPOSED SECOND MOTION ON SHORTENED TIME TO CONTINUE BAIL REVIEW** |

       Defendant, Sedric O'Neal Williams, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to continue the bail review in the above styled case currently scheduled for Thursday, May 31, 2007 at 1:30 p.m.

       On May 24, 2007, Mr. Williams filed a motion asking the court to release him to the Cordova Center pending resolution of his petition to revoke supervised release.  At the time of the filing of the motion, his release was unopposed by United States Probation Officer Chris Liedike.  Since that time, Officer Liedike has withdrawn his approval of the release based on a report from Anchorage Jail alleging that Mr. Williams tested positive for THC on May 19, 2007.  Mr. Williams respectfully requests a further continuance

because an administrative disciplinary hearing regarding the allegation is scheduled for Monday or Tuesday of next week. The outcome of the hearing could have an impact on this court's decision in ruling on Mr. Williams' motion.

Thus, Mr. Williams respectfully requests that his bail review hearing be continued until Friday, June 8, 2007, to allow for the results of the administrative hearing. This motion is unopposed by Assistant United States Attorney James Barkeley who is temporary filling in for Stephen Cooper. Undersigned counsel and Eric Odegard, who will be filling in for Chris Liedike next week, are both unavailable on Thursday, June 7, 2007.

DATED this 30th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 30, 2007, a copy of the foregoing document, with attachments, was served electronically on:

James Barkeley, Esq.
Stephen Cooper, Esq.

and hand delivered on:

Eric Odegard
Probation Officer

/s/ M. J. Haden

2