UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>　　　　　Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**PROPOSED ORDER<br>RESCHEDULING BAIL REVIEW** |

　　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　　After due consideration of defendant's motion to continue bail review hearing, the court GRANTS the motion. The bail review hearing currently scheduled for Thursday, May 31, 2007, at 1:30 p.m. is hereby vacated. The hearing is reset for _____, 2007, at _____ a.m./p.m.

　　　　　DATED _____, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge