NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:99-cr-00002-JKS |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | **PLAINTIFF'S STATEMENT FOR DISPOSITION HEARING SET FOR JUNE 27, 2007** |
| SEDRIC O'NEAL WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW Plaintiff, the United States of America, and offers the following considerations regarding the disposition to be entered on June 27, 2007, on the finding of violation of defendant's supervised release as set forth in the Court's Order of May 24, filed May 25, 2007 (doc. #238).

The Court has found that defendant violated supervised release conditions by his voluntary ingestion of cocaine on January 9, 2007. This is a class C violation.

Since defendant's release from prison on the original 87-month sentence herein, this is the third revocation proceeding for violation of defendant's 3-year term of supervised release. That term began on October 7, 2005.

The facts that supported the inference of voluntary ingestion of cocaine in this latest violation also provide a basis and a framework for evaluating an appropriate disposition for this violation.

Defendant's original underlying conviction herein was for theft of a firearm. Due to the extreme nature of his criminal activities in the past, the sentence for this one offense was the 87-month sentence above mentioned. It should be observed that although the conviction was for that single count, his Presentence Investigation Report for that offense, at ¶ 9, shows that the offense occurred within the context of defendant's membership in a gang of six members who lived together in a rented house in Anchorage. This gang conspired to distribute cocaine, and succeeded in distributing between 5 and 12 ounces of cocaine per week. The acquisition of firearms was also part of this drug distribution conspiracy, and defendant's theft of the firearm occurred in furtherance of that aim of the conspiracy.

Along with his conviction of theft of a firearm, the same jury also convicted defendant in the same trial of possessing crack cocaine with intent to distribute it, and of carrying a firearm during and in relation to the cocaine offense. These two counts

were later reversed by the Ninth Circuit on search and seizure grounds which did not disturb the underlying fact of defendant's commission of those activities as found by the jury.

All these facts, in addition to another positive laboratory result for cocaine in December 2005, shed light on the background, character and conduct of the defendant now before the Court for disposition on yet another cocaine offense.

Plaintiff submits to the Court the determination of the amount of time to be imposed, after due consideration of all the foregoing factors which bear significantly on this issue.

RESPECTFULLY SUBMITTED this 20th day of June, 2007, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov
Alaska #6911028

I certify that on June 20, 2007, the foregoing is being served via the electronic filing hereof, on defense counsel M. J. Haden.
/s/ Stephen Cooper
Office of the United States Attorney