M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEDRIC O'NEAL WILLIAMS,<br><br>    Defendant. | Case No. 4:99-cr-0002-JKS<br><br>**DEFENDANT'S<br>DISPOSITION MEMORANDUM** |

    Defendant, Sedric O'Neal Williams, by and through counsel M. J. Haden, Assistant Federal Defender, submits the following memorandum to aid the court at the disposition hearing scheduled for June 27, 2007.  Mr. Williams will be asking for a sentence of time served with no supervision to follow.

    Mr. Williams is before the court for a single urinalysis that tested positive for cocaine.  There is presently no other violation or criminal conduct before the court.  Mr. Williams has been in custody since January 18, 2007, over six months, on this single Grade C violation.  A sentence of six months and no supervision to follow is more than an appropriate punishment for a single positive urinalysis.

Mr. Williams was sentenced in January 14, 2002, to 87 months imprisonment with three years of supervision for theft of a firearm in violation of 18 U.S.C. § 924(l), a Class C felony. Pursuant to 18 U.S.C. § 3583(e)(1), a defendant whose term of supervision is revoked may not be required to serve more than 2 years in prison. During the course of his supervision, this court has previously sentenced Mr. Williams to one year and one day, for a prior revocation. Thus, Mr. Williams' maximum exposure for this violation is 364 days. See 137 Cong. Rec. S7772 (daily ed. June 13, 2001); United States v. Tapia-Escalera, 356 F.3d 181 (1st Cir. 2004) (three year cap for Class B felony was required to be reduced by 10 month sentence which defendant served following prior revocation from same offense); United States v. Williams, 425 F.3d 987 (11th Cir. 2005) (statutory maximums apply to the aggregate of the sentences imposed on multiple revocation of supervised release).[1]

Here, Mr. Williams' advisory guideline range is 6 to 12 months. There is nothing concerning this particular violation that is aggravating deserving the high-end of the range. As Mr. Williams has spent all but a few months of his adult life in custody, he has had a hard time adjusting to living in a free society. This transition has been difficult for him. However, it should be noted that during his period of supervision, he has continued to maintain contact and report as directed by the probation officer. In this particular instance, he was reporting to the probation office as directed to provide UAs prior to the positive sample and he continued to provide UAs following notification of the positive test.

---

[1] Mr. Williams notes that subsection (e)(3) was amended in the 2003 PROTECT Act; however, just as in the Tapia-Escalera case, Mr. Williams was sentenced prior to the modification. Johnson v. United States, 529 U.S. 694, 701-02 (2000) ("[P]ostrevocation penalties relate to the original offense.").

He has never attempted to abscond or failed to report. In fact, he voluntarily supplied the UA that is the object of the petition on a day that he was not scheduled to provide a sample.

Mr. Williams has had his problems in the past. Those issues are taken into account in his criminal history score. In addition, this court took the circumstances surrounding his conviction for the weapon offense into consideration at the time of his original sentencing. He has been punished for his previous misdeeds. He stands before this court on a single violation. A sentence of time served, amounting to approximately 6 months, is sufficient, but not greater than necessary to comply with the sentencing factors set forth in 18 U.S.C. § 3553. Mr. Williams respectfully requests that the court sentence him to time served with no supervision to follow.

DATED this 26th day of June, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 26, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

and hand delivered on:

Beth Mader, Probation Officer

/s/ M. J. Haden