NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701-6282
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>                    Plaintiff,              )<br>                                                             )<br>       vs.                                           )<br>                                                             )<br>SEDRIC O'NEAL WILLIAMS,         )<br>                                                             )<br>                    Defendant.          )<br>_____ ) | Case No. 4:99-cr-00002-JKS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO APPEAR TELEPHONICALLY AT HEARING** |

Plaintiff, the United States of America, hereby requests authorization from the Court to appear telephonically at the Defendant's Disposition Hearing in the above-captioned case which is currently scheduled for Wednesday, June 27, 2007

at 9:00 a.m. in Anchorage, Alaska.

Defense counsel was contacted this date and does not oppose this motion.

RESPECTFULLY SUBMITTED this 26th day of June, 2007, at Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> /s/ Stephen Cooper
> STEPHEN COOPER
> Assistant United States Attorney
> 101 12th Avenue, Room 310
> Fairbanks, Alaska 99701-6282
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> E-mail: Stephen.Cooper@usdoj.gov
> Alaska #6911028

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2007,
a copy of the foregoing Unopposed Motion on Shortened
Time to Appear Telephonically At Hearing was served
electronically on M. J. Hadenl.

s/ Stephen Cooper
Office of the United States Attorney