IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:99-cr-00002-JKS |
| | ) | [Proposed] |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| SEDRIC O'NEAL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the

Court at (907) _____ at _____a.m., on _____, 2007.

Dated:_____        _____
                                                                          JAMES K.  SINGLETON
                                                                          United States District Judge