IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 4:99-cr-00002-JKS |
| ) | |
| Plaintiff,       ) | |
| ) | **ORDER** |
| vs.                                                ) | |
| ) | |
| SEDRIC O'NEAL WILLIAMS,             ) | |
| ) | |
| Defendant.     ) | |

Plaintiff's unopposed motion on shortened time at **Docket No. 245** is **GRANTED**.

Plaintiff may appear telephonically at the Defendant's Disposition hearing on Wednesday, June 27, 2007, at 9:00 a.m.

Dated: June 26, 2007                                        /s/ James K. Singleton, Jr.
                                                                        JAMES K. SINGLETON
                                                                        United States District Judge