MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   SEDRIC O. WILLIAMS   CASE NO. 4:99-CR-00002-JKS
Defendant:   X Present   X In Custody

BEFORE THE HONORABLE:        JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        SAMANTHA LARK/CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        STEPHEN COOPER, TELEPHONIC

DEFENDANT'S ATTORNEY:        M.J. HADEN

U.S.P.O.:                CHRIS LIEDIKE

PROCEEDINGS: FINAL DISPOSITION HEARING HELD JUNE 27, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

 X Supervised Release revoked.

 X Defendant to receive credit for time served (approximately 6 months) and court directed that the defendant be released today.

 X Release Order **FILED**.

 X OTHER: Court and Counsel heard re sentencing recommendations.

At 9:58 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal Service.

DATE: June 27, 2007            DEPUTY CLERK'S INITIALS: sal/cme

Revised 6-18-07