IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Sedric O'neil Williams

CASE NO: 4:99-CR-00002-JKS

---

Defendant Sedric O'neil Williams,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

_X_ Other Credit for time served.

Dated at Anchorage, Alaska this 27 day of June, 2007

REDACTED SIGNATURE

James K. Singleton
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 5/05)