```
                    UNITED STATES DISTRICT COURT
                          District of Alaska
```

RECEIVED
JUN 29 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES OF AMERICA,         FIFTH AMENDED JUDGMENT IN A CRIMINAL CASE
                                  (For Revocation of Probation or
      vs.                         Supervised Release)
                                  For Offenses Committed On or After
                                  November 1, 1987
SEDRIC O'NEIL WILLIAMS            (Original Judgment filed 01/14/2002)
                                  Case Number: 4:99-CR-00002-JKS
                                  M.J. Haden
                                            Defendant's Attorney

Defendant's probation officer filed a petition on 01/16/2007 accusing defendant of One (1) violation of the conditions of supervision provided in the original judgment. Defendant DENIED Allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Cocaine positive Urine Sample | 01/09/2007 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

JUNE 27, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

06/27/2007
Date

AO245.REV

Defendant: SEDRIC O'NEIL WILLIAMS                Amended Judgment--Page  2  of  2
Case No.:  4:99-CR-00002-JKS

## SUPERVISED RELEASE

Defendant's supervised release is REVOKED as follows:

Defendant to receive credit for time served (approximately 6 months) and court directed that the defendant be released today.

The term of supervision is Terminated.

AO245.REV