06-06-8920    RECEIVED
              U.S. MARSHALS SERVICE
NCIC  YES            ALASKA

# United States District Court
### for the
# DISTRICT OF ALASKA

RECEIVED
JUN 2 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: F99-0002CR (JKS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Sedric O'Neal Williams ) | |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Sedric O'Neal Williams and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

Signature Redacted

James K. Singleton    Holland  Srnor USDJ
Senior U.S. District Court Judge

3/17/06
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK | | |
| Date Received: 3/17/06  Date of Arrest: 4/20/06 | Name and title of arresting officer: USMS | Signature of arresting officer: R. Sugler |